# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

Petura Billie "Petitioner

Natural Person, In Propria Persona:

 All Rights Reserved:  U.C.C. 1-207/ 1-308; U.C.C. 1-103

v

Judge Kevin Dubay, Judge Patty Pittman, Hartford

Superior Court Clerk Susan Kenkos,

Deutshce Bank Trust Company,

Law Office of Bendett & Mchugh PC.,

Attorney Kevin Galin, Attorney Dominick Neveux, Attorney George Generas

 Leopold & Associates PLLC, Karen Elizabeth Mcarthur,

Law Office  of LOCKE LORD LLP,  Attorney Melanie Dykas,

 Attorney's John Forrest, Jagish Pate1, Surekha Patel, et.al

3:22-cv-562-JAM

APR 19 2022 PM 3:13
FILED-USDC-CT-HARTFORD

## TRIAL BY JURY DEMAND  IN RICO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 38, Petitioner  hereby demand a  trial by jury in the above-captioned action of all issues triable by jury.

The right guaranteed in Section 19, Article I of the Connecticut Constitution is the right to a jury trial should not be violated. The Seventh Amendment  of the Bill of Rights provides in pertinent part that "In suits at common law, where the value in controversy shall exceed twenty dollars, the right to trial by jury shall be preserved..."There is legal sufficiency to show Plaintiff is entitled to relief under his Complaint. A Complaint

should not be dismissed for failure to state a claim unless it appears beyond a doubt that the Plaintiff can prove no set of facts in support of his claim which would entitle him to relief. See Conley v. Gibson, 355 U.S. 41, 45-46 (1957) also Neitzke v. Williams, 109 S. Ct. 1827, 1832 (1989). Rule 12(b)(6) does not countenance dismissals based on a judge's disbelief of a complaint's factual allegations. In applying the Conley standard, the Court will "accept the truth of the well-pleaded factual allegations of the Complaint.

The Complaint should not be dismissed unless it appears to a certainty that Plaintiffs would be entitled to no relief under any state of facts that could be proved in support of the claims. See Gomez v Toledo (1980, US) 64 L Ed 2d 572, 100 S Ct 1920.

There is legal sufficiency ot show Plaintiff' is entitled to relief under his Complaint. A Complaint should not be dismissed for failure to state a claim unless it appears beyond a that the Plaintiff' can prove no set of facts in support of his claim which would entitled him to relief. See Conley v Gibson, 355 U.S.41, 45-46 (1957) also Neitzke v Williams, 109S. Ct. 1827, 1832 (1989) Rule 12 (b) (6) does not countenance dismissals .

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

Petura Billie  "Petitioner

Natural Person, In Propria Persona:

 All Rights Reserved:  U.C.C. 1-207/ 1-308; U.C.C. 1-103

v

Judge Kevin Dubay, Judge Patty Pittman, Hartford

Superior Court Clerk Susan Kenkos,

Deutshce Bank Trust Company,

Law Office of Bendett & Mchugh PC.,

Attorney Kevin Galin, Attorney Dominick Neveux, Attorney George Generas

 Leopold & Associates PLLC, Karen Elizabeth Mcarthur,

Law Office  of LOCKE LORD LLP,  Attorney Melanie Dykas,

 Attorney's John Forrest, Jagish Patel, Surekha Patel

### JUDICIAL NOTICE AND PROCLAMATION
### CORPORATE DENIAL AND NON CORPORATE STATUS

Enclosed  are  Affidavits certify true copy of record  filed and accepted in the Office of State of Connecticut/ Secretary of the State"

Be advised, this is NOT Pro Se Litigant – This Litigation is "In Propria Persona".

I demand,  my Secured Constitutional / Treaty Rights, that this court accept and honor the documentation that's being submitted in good faith.

### Declaration of  the Rights of the Indigenous People
### Article 6
### Every indigenous individual has the right to a nationality.

3

Notice to the Agent is Notice to the Principal – Notice to the Principal is notice to the Agent.

Exhibit A –AFFIDAVIT OF FACT
Exhibit B – Affidavit Of Nationality",
Exhibit C –  Declaration of Sovereignty
Exhibit D -  Declaration of Nationality And Constitutional Protections of Rights And Immunities
Exhibit E –  Legal Notice Name Declaration Name Correction Proclamation and Publication
Exhibit F –  UCC Filing
Exhibit G –  Covenant on Civil and Political Rights
Exhibit H –   Affidavit of Fact/

## JUDICIAL NOTICE AND PROCLAMATION
## CORPORATE DENIAL AND NON CORPORATE STATUS

I Petura R Billie am not a Corporate Citizen and Non- Corporate Status. I Petura R. Billie am a free Sovereign Indigenous Aboriginal being Indigenous by birth, the land of My Ancient Moorish Forefather, deriving my powers and Authority from birthright inheritance;give honor and respect to the United States Flag, the Moroccan Treaty of Peace and Friendship of 1787, between the United States of America and Morocco. My lawful Status/ Affidavits were filed and accepted with the  by the Secretary of State of Connecticut. Which is the Head of the State of Connecticut **22 U.S. Code § 2651.**

The State of Connecticut and its agents thereof  this Document **SERVE** you **NOTICE.** I am not a Corporate citizen pursuant to 1871[th]   and denial of Corporate Status and deny acts under color of law ; and by way of; Capitis Diminutio Maxima (meaning a maximum loss of status through the use of capitalization)pursuant to the Black law dictionary 6th Edition, changed my private Moorish American Status from, Petura Billie  to ALL CAPS corporate entity "PETURA BILLIE" without my permission; as to deprive me of my nationality; the highest or most comprehensive loss of status, and enforced to into be a statutory citizen to pursuant to 28 USC 3002 to use Statutes and Codes which are corporate policy. This deliberate assignment of  a legal fiction is an attempt to cause me as a free Natural Woman

4

to "volunteer" into slavery through forming legal joinder, an implied stealing of my Nationality and Family Rights. Petura Billie – a living breathing real woman - NOT the legal fiction "PETURA BILLIE" and not ALL CAPS corporate entity" and any undisclosed contract is DECLINED, and this is a breach of oath resulting in denationalization – a Human Rights violation as set forth herein

" When brought into Court by its Corporate name, its existence as Corporation is admitted See Mud Creek Drain Co. v State 43 Ind, 157; Johnson v Gibson,73 Ind. 282; Weing v Robeson,15 Ind. 26; Callender v. Railroad Co, 11 ohio st. 516; Com. Ins Etc Co. v. Taylor, 8 S.C. 107. Compare Ware v St. Louis Bagging and Rope Co., 47 Ala 667.

U.S. Supreme Court in Luther v Borden, 48 US1,12 Led 581; The government are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and in trust to whom they please. The sovereign in every state resides in the people of the state and they may alter and change their form of government at their own pleasure" US Supreme Court in Wilson v Omaha India Tribe 442 US 653, 667 (1979); In common usage, the term person does not include sovereign, and statutes employing the word are ordinarily construed to exclude it.

Respectfully sumbmitted

_(signature)_    4/11/2022

Petura R. Billie Moorish-American Republic Secured Party Creditor,
Authorized Representative, Attorney-in-fact in behalf
PETURA R BILLIE ©

Pursuant to Title 28, USC §1746(1) and executed "without the United States," I affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, to the best of my belief and informed knowledge. And Further deponent saith not. I now affix my signature and official seal to all of the above affirmations WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-207 and 1-1308 U.C.C. 1-103.6.with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, to any of those rights pursuant to U.C.C. 1-207 and U.C.C. 1-103.6.

to "volunteer" into slavery through forming legal joinder, an implied stealing of my Nationality and Family Rights. Petura Billie – a living breathing real woman - NOT the legal fiction "PETURA BILLIE" and not ALL CAPS corporate entity" and any undisclosed contract is DECLINED, and this is a breach of oath resulting in denationalization – a Human Rights violation as set forth herein

" When brought into Court by its Corporate name, its existence as Corporation is admitted See Mud Creek Drain Co. v State 43 Ind, 157; Johnson v Gibson,73 Ind. 282; Weing v Robeson,15 Ind. 26; Callender v. Railroad Co, 11 ohio st. 516; Com. Ins Etc Co. v. Taylor, 8 S.C. 107. Compare Ware v St. Louis Bagging and Rope Co., 47 Ala 667.

U.S. Supreme Court in Luther v Borden, 48 US1,12 Led 581; The government are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and in trust to whom they please. The sovereign in every state resides in the people of the state and they may alter and change their form of government at their own pleasure" US Supreme Court in Wilson v Omaha India Tribe 442 US 653, 667 (1979); In common usage, the term person does not include sovereign, and statutes employing the word are ordinarily construed to exclude it.

Respectfully sumbmitted

Petura R. Billie Moorish-American Republic Secured Party Creditor,
Authorized Representative, Attorney-in-fact in behalf
PETURA R BILLIE ©

Pursuant to Title 28, USC §1746(1) and executed "without the United States," I affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, to the best of my belief and informed knowledge. And Further deponent saith not. I now affix my signature and official seal to all of the above affirmations WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-207 and 1-1308 U.C.C. 1-103.6.with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, to any of those rights pursuant to U.C.C. 1-207 and U.C.C. 1-103.6.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Petura Billie  "Petitioner

Natural Person, In Propria Persona:

 All Rights Reserved:  U.C.C. 1-207/ 1-308; U.C.C. 1-103


VS

Judge Kevin Dubay, Judge Patty Pittman, Hartford

Superior Court Clerk Susan Kenkos,

Deutshce Bank Trust Company, Law Office of Bendett & Mchugh PC.,

Attorney Kevin Galin, Attorney Dominick Neveux, Attorney George Generas

Leopold & Associates PLLC, Karen Elizabeth Mcarthur,

Law Office  of LOCKE LORD LLP,  Attorney Melanie Dykas,

 Attorney's John Forrest, Jagish Pate, Surekha Patel


## COMPLAINT  CIVIL RICO   DEMAND FOR A TRIAL BY JURY

This Plaintiff howver "In artfully pleaded " bring this Complaint for Fraud, Retaliation,
civil conspiracy to comm´t fraud ' violations of the federal Racketeer Influenced and
Corrupt Organizations Act, 18 U.S.C. § 1964 et seq;  ("RICO"), and  Defendants
advanced devised plan to scheme and defraud the Petitioner of her property due to Fraud
by Commission and . Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. §
1964(a) (c)(d) ("Federal RICO") and civil violations Racketeer Influenced and Corrupt
Organizations for declaratory and conjunctive relief; breach of contract; breach of
covenant of good faith and fair dealing unfair business practices; fraudulent
misrepresentation; constructive fraud; unjust enrichment, for actual consequential and

7

exemplary damages. The petitioner moves the Honorable Court declaratory relief; and injunctive relief

The conduct of the defendants in this case conspired in collusion/conspiracy with a devise plan to defraud the plaintiff of her property due to fraud and retatlaion against and lawful liens filed against co-conspirator In violated my Constitution Rights.
The primary cause of this action is a civil enterprise engaged in pattern of racketeering activities and conspiracy to engage in racketeering activity involving numerous of RICO predicate acts during the last (5) years. The predicate acts alleged here cluster around Mortgage fraud, Obstruction of Justice, Bribery, Mail Fraud and Robbery. The plaintiff is alleging that, together with judges, certain government employees, agents, co-conspirators, and aiders and abettors engaged in Fraud, Fraud by Commission, thereby damaging the petitioner.

 The co-conspirators" acting under the color of law use their position of status to Scheme to defrauded the petitioner of her property by way of collecting an unlawful debt, and premeditated plotted due lawful liens filed against co-conspirators. The defendant's are purported to act as State-Actors superior respond-eat government employees, particularly Hartford Superior Court, used there position to carry out the scheme. Repeatedly, the defendant's acts were illegal and fraud by bribery to profit a gain for unjust enrichment. The petitioner further allege that these defendants then conspired collectively to cover-up their fraudulent acts in furtherance of this conspiracy including Extortion and fraud by bribery for a profit and gain

## JURISDICTION AND VENUE

**1**   This Court has federal subject matter jurisdiction of the RICO claim as a federal question pursuant to 28 U.S.C. §§ 1331 and 18 U.S.C. § 1964(c) (civil remedies for RICO violations);

Venue is proper in this judicial district pursuant to 18 U.S.C 1965 and 28 U.S.C 1391. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and 18 U.S.C. § 1965. Jurisdiction invoke 28 U.S.C.1443 §  18 U.S.C. § 201;  18 USC 1960; 18 USC §1957; 18 USC 1951; 18 USC 1956 ;18 USC 1341; 18 USC 1344 ;18 USC 1503;18 USC 1505; 18 USC 1621; 18 USC 1001 ; 42 U.S.C. § 1983 (3); 42 U.S.C. § 1985; 42 U.S.C 1986;  28 U.S.C 453; 28 USC 951;18 U.S.C 241-242;

## NATURE OF THE CASE

**2**  Judge Kevin Dubay,  Judge Pattypitman, Susan kenkos, Attorney George Generas, Attorney Kevin Galin, Attorney Dominick Neveux,  Attorney Karen Elizabeth Mcarthur, Deutsche National Bank Trust Company, Attorney Melanie Dykas,  and Attorney's John Forrest (collectively, "RICO Defendants") have violated RICO and  (collectively, defendants") have falsely behaved and represented themselves in a scheme to defraud the Plaintiff's of her property. The RICO Defendants' acts and omissions were deliberate and part of a scheme that began on or about July 25, 2017 to defraud Petitioner of her property.

**3**  Since at least March 2017, Deutsche Bank National Trust Company, Judge Kevin Dubay, Susan kenkos, Attorney George Generas, Attorney Kevin Galin, Attorney Dominick Neveux, Attorney Karen Elizabeth Mcarthur, Deutsche National Bank Trust Company, Attorney Melanie Dykas,  Attorney's John Forrest  (collectively, " Defendants")
The Attorney's and Deutsche National Bank

**4**  RICO Defendants carried out their scheme to defraud petitioner, through their official positions in or other affiliations as superior respondeat as Judges, government agencies, court clerk employees, and the attorney's used their status, acting under color of law to deprive the

petitioner of property by way of altering the court record, submitted false record into court record, issued false judgments, ignoring clerk duties, orders, denying discovery, denying right to be heard, denying the right to evidence, denying the right to trial jury and force into contract as corporate citizen, proceeding without proven jurisdiction. RICO Defendants used or caused the use of the mails, wires, judgments, orders to execute their scheme to personally to enrich themselves.

5   The entire civil court proceedings (past and present) has been corrupted. Judicial trial court record showed Each judicial officers and judicial employee's including clerks staff in concert with others engaged in conspiracy collusion, and sold the Defendant's property for unjust enrichment for a profit and gain. Judicial trial court record and testimonies hearing will show throughout court proceeding there actions were done intentionally, wilfully and knowingly.

6   The Judicial trial Court record will show the  co- conspirators were able to carry out the scheme by using the position as state actors by denying the petitioner access to the court whatsoever, the right to petition the court, the right to an opportunity to be heard, the right to due process, the right to evidence. Every pleading  mandatory pleading Motions, Objections and Judicial Notices filed by the Plaintiff's was denied without a hearing, once gain without a hearing until a final judgment was entered

## PARTIES

7   **Hon. Dubay  55 Elm Street Hartford Ct 06106.**  Enterprise: Hon Dubay foreign to the United States Republic; and foreign to the organic Connecticut Republic. Who is employee at the Hartford Superior Court and considered Association in fact/. Participate in a conspiracy/collusion in concert with other collectively to participate in a scheme carry out fraud and  a directed machinery of fraud on the court". He was the ring leader of the Judicial Officers who facilitated the massive destruction scheme to steal my property. He witness a

10

crime of wrongdoing and hijacked Miss Billie rights and held them hostage. At all timed Judge Kevin Dubay intentional and knowingly of the fraud. He was aware the Attorney and the He used his Official position to carry out the scheme by way of fabricated and fraudulent orders and judgment. He aided and abetted allowed criminal activities in the case and failure to enforce the law. The RICO Defendant engaged in conspiracy/collusion against the Miss Billie secured Constitution rights to defraud the Miss Billie of her property. He delivered the final blow by entering a Final judgment to seize my property. Judge Dubay and war against the Constitution in violation of his oath of office and fiduciary contractual obligation pursuant to Article VI of the United States Constitution and the State Constitution in violation of his Oath 28 USC§ 453.

**8** **Hon. Patty Pittman** 55 Elm Street Hartford Ct 06106. Enterprise: Hon. Patty Pittman foreign to the United States Republic; and foreign to the organic Connecticut Republic who considered Association in fact/. Participate in a conspiracy to cover up fraud scheme. At all timed she intentional and knowingly of the fraud. She aided and abetted in concerts with other collectively to facilitate and carry out the scheme to defraud Miss Bilie of her property. She used her Official position to carry out the scheme by way of fabricated and fraudulent judgments to aided the co-conspirators with the theft of my property. The RICO Defendant engaged in conspiracy/collusion against Miss Billie secured Constitutional rights to defraud Miss Billie of her property, She intentionally held Miss Billie rights hostage, and war against the Constitution in violation of his oath of office and fiduciary contractual obligation pursuant to Article VI of the United States Constitution and Oath of Office pursuant to 28 USC 453.

**9** **Hon. David Sheridan:** Enterprise: RICO Defendant Hon David Sheridan foreign to the United States Republic; and foreign to the organic Connecticut Republic who considered Association in fact/. Participate in a conspiracy to cover up fraud scheme and fraud by bribery to profit for gain unjust enrichment ". At all times intentional and knowingly of the fraud. Judge Sheridan was a witness a crime and wrongdoing and hijacked the petitioner. In fact he

11

engaged in collusion by issuing fraudulent judgments, order, and false records. The RICO Defendant engaged in conspiracy/collusion against the petitioners secured Constitution rights to defraud the petitioner of her property, He intentionally held the petitioner rights hostage, and war against the Constitution in violation of his oath of office and fiduciary contractual obligation pursuant to Article VI of the Const. 28 USC 453. 42 USC 1983

**10  Susan Kenkos Hartford Superior Court Clerk** "who is employed at Hartford Superior Court 95 Washington Hartford, Conn 06106: Enterprise RICO Defendant foreign to the United States Republic; and foreign to the organic Connecticut Republic. who considered Association in fact/. Participate in a conspiracy to cover up mortgage fraud her misconduct with a directed machinery of fraud on the court". She was the ring leader of the Judicial employee's staff clerks. At all times the co-conspirator was full knowledge of the fraud. She was in directed exparte communication with the attorney to aided in there fraud .In particular she aided with her ex- co- worker attorney Genegras who was employed with Hartford Superior Court. She used it Official position as respondeat superior to carry out the scheme by way of altered court record, failed to schedule court hearing, failed update court record and altered, practice law, entering judgments, denying court hearings. Susan engaged conspiracy/collusion against Miss Billie secured Constitution rights to defraud the petitioner of her property, in violated her oath 28 USC 951 Const., deprived the Miss Billie of due process, the altered of court record to conceal, engaged in bribery corruption, to covered up fraud, to protect the mortgage fraud, thereby committed war against the United States Constitution.

**11  Deutsche National Bank Trust Company - Enterprise 880 Bergson Suite 206, Jersey City, NJ 07306.** This RICO enterprise was originally devised Deutsche National Bank,which is a foreign Company who engaged in a fraudulent deceptive transaction in the business of making loans, while licenses and registered business with the Secretary of State of Connecticut during the execution of this loan. Defendant engaged in pattern of racketeering activity to collected an unlawful debt, to acquire or maintain control of the petitioner property. Deutsche

National Trust Bank purports to be the holder and Due Course of said Mortgage, Note and Allonge. Which is clearly in violation and an unlawful note in violation (UCC) Uniform Commercial Code which govern all contract.

**12  Ocwen Loan Servicing  06032.** "Enterprise RICO Defendant's who considered Association in fact/. Participate in a conspiracy, which is a foreign Company engaged in a fraudulent deceptive of servicing loan and collection payment on behalf of Deutsche Bank National Trust Company while  registered business with the Secretary of State of Connecticut. Ocwen engaged in pattern of racketeering activity to collected an unlawful debt, knowingly of fraud and engage in the scheme to collect an unlawful debt..

**13** Attorney Dominick Neveux -Enterprise Who employed at the Law Office of Bennett & Mchugh PC., located at 270 Farming ton Av. Suite 105 Farming ton **, Ct 06032.** : Participate Associated in fact who used his official position as Commissioner of the Court acting under color law, and participate in a scheme to defraud the petitioner of her property. At all times the defendant was with full knowledge of  fraud.  The predicate acted alleged here is cluster around his engagement in, conspiracy/collusion, fraud by commission, money laundering, interstate commerce, obstruction of justices, extortion, money wire fraud, mail fraud, fraud on the court by using attorney's license acting as a commissioner of the court's to enforce an unlawful debt, wire fraud/, and committed war against the United States Const., with the violation of his oath under Article VI of the Const.

**14   Attorney Kevin M. Galin Esq -Enterprise_** Who employed at  Law Office of Bennett & Mchugh P.C.. 270 Farmington Av. Suite 105 Farmington **, Ct 06032.** : Participate Associated in fact who used his official position as Commissioner of the Court acting under color law, and participate in a scheme to defraud the petitioner of her property. He was an agent for Deutsche National Bank.  At all times the defendant was with full knowledge of mortgage fraud. The predicate acted alleged here is cluster around his engagement in, conspiracy/collusion, fraud by

commission, money laundering, interstate commerce, obstruction of justices, extortion, money wire fraud, mail fraud, fraud on the court by using attorney's license acting as a commissioner of the court's to enforce an unlawful debt, wire fraud/, and committed war against the United States Const., with the violation of his oath under Article VI of the Const.

**15   Attorney George Generas -Enterprise_ Who is employed with** 270 Farmington Av. Suite 105 Farmington **, Ct 06032.** :  (also a former employee clerk of the Hartford Superior Court 95) who is foreign to the United States Republic; and foreign to the organic Connecticut Republic Participate Associated in fact who used his official position as Commissioner of the Court acting under  color law,  and participate in a scheme to defraud the petitioner of her property. At all times the defendant was with full knowledge of mortgage fraud.  The predicated acts alleged here is cluster around his engagement in, conspiracy/collusion, fraud by commission, extortion, money wire fraud, mail fraud, fraud on the court by using attorney's position as  acting as a commissioner of the court's to enforce an unlawful debt, wire fraud/, and committed war against the United States Const., with the violation of his oath under Article VI of the Const.

**16   Law Office of Leopold & Associates  & Attorney Karen Elizabeth Mcarthur, Enterprise_** 270 Farmington Av. Suite 105 Farmington **, Ct 06032.** who is foreign to the United States Republic; and foreign to the organic Connecticut Republic. Participate Associated in fact who used his officia· position as Commissioner of the Court acting under  color law, and participate in a scheme to defraud the petitioner of her property. At all times the defendant was with full knowledge of mortgage fraud.  The predicate acted alleged here is cluster around his engagement  in, conspiracy/collusion, fraud by commission, obstruction of justices, extortion, money wire fraud, mail fraud, fraud on the court by using attorney's license acting as a commissioner of the court's to enforce an unlawful debt, wire fraud/, and committed war against the United States Const., with the violation of his oath under Article VI of the Const.

14

**17 Law Office of Locke Lord   -Enterprise_** 270 Farmington Av. Suite 105 Farmington **, Ct 06032.** : Who is foreign to the United States Republic; and foreign to the organic Connecticut Republic. Participate Associated in fact who used his official position as Commissioner of the Court acting under  color law, and participate in a scheme to defraud the petitioner of her property. At all times the defendant was with full knowledge of mortgage fraud. The co-conspThe predicate acted alleged here is cluster around his engagement in, conspiracy/collusion, fraud by commission, money laundering, interstate commerce, obstruction of justices, extortion, money wire fraud, mail fraud, fraud on the court by using attorney's license acting as a commissioner
of the court's to enforce an unlawful debt, wire fraud/, and committed war against the United States Const., with the violation of his oath under Article VI of the Const

**18 Attorney John Forrest   -Enterprise_**  Who is employed  at :45 Connecticut Blvd  East Hartford Conn 06108 : Participate Associated in fact who used his official position as Commissioner of the Court acting under  color law, and participate in a scheme to defraud the petitioner of her property. At all times the defendant was with full knowledge of mortgage fraud.  The predicate acted alleged here is cluster around his engagement in, conspiracy/collusion, fraud by commission, money laundering,  interstate commerce, obstruction of justices, extortion, money wire fraud, mail fraud, fraud on the court by using attorney's license acting as a commissioner of the court's to enforce an unlawful debt, wire fraud/, and committed war against the United States Const., with the violation of his oath under Article VI of the Const.

**19** Surekha Patel – 18 U.S.C. §1962(d) -  ENTERPRISE: Association in Fact - Participated in the conspiracy to cover up the fraud, extortion and racketeering activity.

**20     Jagish Patel** – 18 U.S.C. §1962(d) -  ENTERPRISE: Association in Fact - Participated in the conspiracy to cover up the fraud, extortion and racketeering activity.

15

**Factual allegations In Detail of the Defendants Acts To Scheme, And other RICO Defendants Act In Concert With State Actors Defendants, Acts in Conspiracy and Collusion To Carry Out the Scheme**

**21** This complaint arises Deutsche Bank National Trust Company, having its principal place of business at 1761 East St. Andrew Place, Santa Ana, GA 92705. Deutsche Bank National Trust Company is owned by Deutsche Bank Trust Corporation, which is owned by Deutsche Bank Holdings, Inc, which is owned Deutsche Bank Trust Corporation, a banking corporation organized under the laws of the Federal Republic of Germany. Who believe there the holder and Due Course of the petitioner property located at 50 Wakefield Circle East Hartford, Conn 06118, with the right to Foreclosure by an assignment memorialize by a Mortgage and Note.

**22** The Law Office of Bendett & Mchugh, Employees, Agents, and Representatives foreign to the united states Republic; who is the agent for Deutsche Bank Trust Corporation send the petitioner a fraudulent debt collection letter with attempt to collected a fraudulent debt, and threaten to foreclosure on property located at 50 Wakefield Circle East Hartford, Conn. 06118.

**23** On June 03, 2017, the petitioner responded to the Law Office of Bennett McHugh, by sending three (3) Affidavits of Notice and Demand letters, that was never answered by Ocwen Mortgage, a via certified mail, including but not limited to; Mortgage Fraud, Sovereign Citizen, and requesting Production of Mortgage Documents which was never produce (the Note). The Law Office of Benett & Mchugh never responded to the affidavits. In violation pursuant TITLE 15 > CHAPTER 41 > SUBCHAPTER V > § 1692g part.

**24** Thereafter, on July 25, 2017, the Law Office of Bennett & Mchugh P.C., severed Petura Billie a Summon and Complaint that purports Deutsche National Trust Company is the Holder and Due Course of the petitioner's property located at 50 Wakefield Circle East Hartford, Conn 06118, with the right to enforce a Foreclosure on property.

**16**

**25**     On July 24, 2017, judicial trial record showed the Petitioner filed a court appearance into court record asserting she's was a party of the United State Constitution 1787 and the Bill of Rights 1791, not corporate citizen ; as a People not subject to statutes in a republic, because a republican form of government protects people from having our rights taken by popular vote. **See Exhibit 'D-1'**

**26**  On July 26, 2018, Judge Patty Pittman entered the case and engaged in conspiracy/collusion to conspire against my Constitution Rights with the Law Office of Bennett & Mchugh. The petitioner filed a timely mandatory Motion For  Quo Warranto Challenging the Jurisdiction of the Courts over Person and Subjected Matter Jurisdiction, In particular Docket Entry: 103.00 and 103.86, 114.00 and 114.86. Judicial Officer Patty Pittman denied the Motion without an opportunity to be heard. In violation of  Conn. Gen. Stats Sec.§52-491, P.B. Sec.§ 10-30, 10-32, 10-33. P.B. Sec. 11-08.

**27**  Judicial trial Court showed the Patty Pittman denied the petition Equal Protection of the law and engaged in lawyer/judge relationship. The Law office of Bennett & Mchugh filed an Objection to the Motion for Quo Warranto  In particular Docket Entry: 104.00. They relied on jurisdiction by filing into court record copies of a Mortgage memorialize by a Fraudulent  Mortgage/Note and Allonge. The petitioner was denied due process including but not limited to, the denied the right to writ Discovery Pd, the right to inspected and verify the validate of the claim of ownership throughout the entire case. In violation of its own local Statutes Conn. Gen. Stats Title 42a Article 3 & 9, C.G.S Sec. 52-197  P.B. Sec 13-9, 13-10. 18 USC 241, 242

**28**  The Judge patty Pittman removed herself from the case and never returned. Judge Kevin Dubay entered the case and continued the racketeering pattern and scheme to

17

conspire with others in conspiracy/collusion, fraud

**29**   Thereafter, Judicial officer Dubay and judicial employee's clerks collectively to engaged in conspiracy and collusion to against my rights. On August 15, 2017, the plaintiff Motion To Dismiss Before A Trial By Jury In Common Law Jurisdiction" as a defense to the Summon and Complaint. The Motion required a mandatory hearing that was never granted by the court. In particular Docket Entry 110.00. On October 4, 2018, the opposing party filed an untimely Objection against petitioner Motion for Dismissal. In particular Docket Entry 127.00;

**30** Judge Kevin Dubay granted the untimely Objection filed by the opposing party without an opportunity to be heard. In violations of P.B. Sec.§ 10-30, P.B. Sec, 10-8, P.B. Sec.10-32, Sec 10-35, Conn. Genn. Stats Sec.§ 52-197.

**31**   Thereafter On August 15, 2017, the Defendant filed Judicial Notices written and orally requesting for the judges, attorney's, who presided in this case to submit Validation of oath of office and corporate bond, In particular Docket Entry: 109.00 and 111.00. The Judicial Officers Kevin Dubay and Judicial employee's including clerk disregarded the Judicial Notice proceeded in the case without proven jurisdiction. In violation of Connecticut Code of Evidence Sec 2-1 (a) (b) (c) (d), Conn.Gen Stats Sec 52-165-167.

**32**   On August 15, 2017, judicial trial court record showed the Judge Kevin Dubay and judicial employee's including clerks continued the pattern to defraud the petitioner of her rights. The petitioner filed numerous of pleadings Motion, Judicial Notice, and Lawful Status. The Motions were disregarded the court proceeded in the without jurisdiction. In particular Docket Entry: 105.00, 108.00 and 115.00-117.00, 112.00, 113.00. Judicial Officer Kevin Dubay never ruled on the Motion and proceeded in this case without

proven jurisdiction. In violation of Connecticut Code of Evidence Sec 2-1 (a) (b) (c) (d). P.B. Sec. 10-30, P.B Sec. 10-32.

**33** On September 25, 2017, the Judicial trial court record showed judge Kevin Dubay and judicial employee's including clerks continued the pattern of racketeering by denying the petitioner Due process and an opportunity to be heard. The petitioner filed a Mandatory Motion for Counterclaim/Treaties Rights by a Trial by Jury. This was a mandatory hearing required by the court pursuant to P.B. Sec. 10-54 and P.B Sec.11-18, In particular Docket Entry: 125.00 and 125.86. On October 26, 2018;

**34** The opposing party filed an untimely Objections pursuant P.B. Sec 10-8. Judge Kevin Dubray issued an Order "granting opposing party Objection without an opportunity to be heard or proven jurisdiction on record. In particular Docket Entry. 128.00 and 128.86. In violation of its own corporate Statues and Codes, Connecticut Practice Book Sec § 14-10; Sec. 10-54, Sec. 11-18, Sec. 10-8; Conn. Gen Stats Sec.§ 52-215, Sec.5 2-93 to 52-96

**35** Too exemplified the premeditated plotted and conspiracy against the petitioner right to Due process by the judicial officers and judicial employee's including clerk. Judicial trial court record showed Judicial Officer David Sheridan entered the case and engaged in conspiracy/collusion in concert with co-conspirators to carry out scheme to defrauded the petitioner of her property as set forth;

1. The Law office of Bennett & Mchuch Pc., filed a Motion for Default- Failure to plead In particular Docket Entry 129.00 and 129.86. The judicial court clerk issued a order denying the foregoing Motion. For the reason that, judicial trial record showed Miss Billie filed a timely Motion for Dismissal In particular Docket Entry 110.00;

19

2.  Subsequently, the denial by the clerk Judicial Officer David Sheridan entered the case and overrided the clerks decision, and granted the opposing party Motion for Default. This decision came without an opportunity to be heard or facts and finding of law. Thereafter, Judicial officer David Sheridan removed himself from the case and never returned.

### The RICO Further the Scheme with Others RICO Defendant's Due to Lawful Liens filed Against the Parties herein

**36**  On July 17, 2018, filed into District Court Final Judgment Entered by a Matter of Law for Damages Enforcement of Liens/ Trial By Jury " Complaint against Defendant Deutsche Bank et al, ("Defendant") in Case No.  3:18 -cv-01176-(AWT) ( "Federal Court Action"). The RICO Defendant's was very hostile about the the lawful liens filed in the Secretary of the State. In retaliation the co-conspirator  used there position as state-court actors, collectively in concert to illegal seize my property in violations of the the 4th Amendment. The Defendant didn't further purse the cause of action due to COVID-19, and the tragedy myself and family. **See Exhibit H 1-4**

### THE RICO Defendant's Further the Scheme with Others RICO Defendant's A Final Judgment was Granted to Confiscate MISS BILLIE PROPERTY

**37** The Judicial trial record showed the co conspirators continued the scheme to hijacked my secured guaranteed rights, to further the scheme and plotted to defrauded Miss Billie of her property for a profit and gain (without proven jurisdiction) as  set forth below:

**38**    The petitioner filed timely pleadings Motion and Objection against the Motion for Strict foreclosure. These Motions were mandatory pleading required for a hearing never place on the court to be heard. In fact, the opposing party never filed any Objection against any pleadings. The co-conspirators didn't have too respond due to Lawyer/Judge relationship. The court never ruled on these Motions either . In particular Docket Entry 131.00, 132.00,  133.00 136.00, 150.00 and 150.86, and 151.00. In violation of  P.B. Sec 13-09, Sec. 13-10, Conn. Gen. Stats. 52-197 (a) (b)

**39**  On October, 20 2022, Judicial filed record showed Judicial officer behaved in a manner bias, prejudices, impartial and denial of Due Process. The Law office of Bennett & Mchugh., filed a Motion for Amended Complaint, which was granted by the trial court, In particular Docket Entry 134.00, 137.00- 150.00, Thus, suspended the Motion for Foreclosure filed by the opposing party until the Amended Complaint was completed;

**A** This process took approximately 6 months. Meanwhile, the trial Court disregarded each and every mandatory pleadings Motion and Objection filed by the Petitioner. The opposing party never filed a responded to any Objections filed by Miss Billie. The co-were protected by lawyer/ judges relationship.

**40**    Judicial trial Court record showed on April 19, 2018, the Law Office of Bennett & Mchugh P.C., reclaimed the Motion for Strict Foreclosure Judgment that was filed in October 19, 2017. In particular Docket entry:130.00 The Motion was scheduled for hearing on May 7, 2018.

**41**    Judicial record showed Miss Billie filed additional pleadings Motion and Objection In particular 150.00 and 150.86, 151.00, 153.00 and 153.86. Although, the opposing party never filed an Objection on the foregoing Motions filed by Miss Billie.  These

Motions were denied in open court, at the Motion for Strict foreclosure hearing in favour the opposing party. The state actors departed for it own statutory and local law. In violation of P.B. Sec 13-09, Sec. 13-10, Sec. 10-8; Conn. Gen. Stats. 52-197 (a) (b) CGS Sec. 52-380, Sec. Sec. 52.355 (a),

**A**   Judicial trial court record showed the petitioner had filed pleading Motion to transferred the case from State-court to District Court, In particular Docket Entry: 154.00

### The RICO Defendant's Judge Dubay To Further The Scheme, And With other RICO Defendants Denied Petitioner Documents Requested to Make Physical Inspection To Verified Claim Of Ownership With Lawful Contract

**42**   All Law is contract therefore in order for any claim to be made the contract must be produced. For presiding judges acting under the color of law and denied the petitioner Motion for Discovery PD Requested is a violation of the petitioner Constitutionally.

**A**   The Motion for discovery is very imperative because its exemplifies multitudes of fraud in this case. This Court has the responsibility to assure itself that Defendant had standing to foreclose documents the plaintiffs have filed, there is reason to question the existence of standing and the jurisdictional ".

**B**   In so refusing to honor the Motion for Discovery Pd Production of Documents and denial of the Motion of Default Judgment by Judge Dubray has violated his oath of office to uphold the United States Constitution violation of my 14th *amendment*, denied the petitioner right to all evidence and documents to prove ownership in violation of the (U.S.C Const. Amend VI) disregarded the Open Courts Doctrine of the State of Connecticut Constitution Art.1 Sec.10, and acted without jurisdiction proven on public.

C      For any Judge in any jurisdiction to allow Defendant to have foreclosed without first validating and producing constitutes violation of 18 USC 3,4, 1001, and applicable law by the Judge. **BAR WEB SITE**:…"this Court has the responsibility to assure itself that the foreclosure plaintiffs have standing and that subject-matter-jurisdiction requirements are met at the time the complaint is filed. Even without the concerns raised by the Plaintiff filed an Allonge and Mortgage and Note in which the believe they are the holder and due course with the right to foreclosure. A properly recorded assignment of the Mortgage rematerializes the Note's negotiation, does not cause the Note's transfer ownership or make an individual the Holder and due Course.

### The RICO Defendant's further the Scheme A Motion for Strict Foreclosure was the FIRST And ONLY Court Hearing by Court's Before a Final Judgment was Granted

**43**      Judge Kevin Dubay who was the ring leader in this massive fraud to conspired against the petitioner secured Constitution rights to steal property (without any right to be heard)clearly engaged in conspiracy/collusion, and his conducted appeared as direct machinery of "Fraud on the Court's". He continued the racketeering patterns and Obstructed Justice as the following in this case.

**44**      On May 7, 2018, Judge Dubay violated the Fourth, Fifth and Fourteenth Amendment to the Constitution, and the State of Connecticut Constitution Art. He illegal seized the Petitioner property while blocking the petitioner from any judicial proceedings or right to be heard. Judge kevin Dubay granted a Final Judgment on May 7, 2018,  with a law date set on August 16, 2018, In particular Docket Entry: 130.00 and 155.00. The Motion for Strict foreclosure was the was the First and Only court hearing throughout the entire case since the case commenced.

**45**      Despite all the Mandatory Motion Miss Billie filed in her defense. Miss Bille was block with no access to the court's. For the reason that, the co-conspirators had to

carryout the scheme to defrauded me of my property for a profit and gain. The State Actors departed for its on provision of statutory law. In violations of Connecticut Practice Book Sec.§ 17-49, P.B. Sec.§ 23-18, P.B Sec.§ 11-18, P.B. Sec 11-13 (a) (b) (c), P.B. Sec.§ 13-9, P.B. Sec.§ 13-10; Connecticut General Statutes Sec.§ 52-197 (a) (b). State Constitution Art.1 Sec 5,

**46**    The following Orders or Judgments were fraudulent which had been obtained by the wrongful Strict foreclosure of Petura Billie, were rendered without any power, authority or jurisdiction, abuse of authority.

[CDK#103.86 114.86] Motion for Quo Warranto

[CDK#110.00] Motion to Dismiss and Trial By Jury In Common-Law Jurisdiction

[CDK#125.86] Motion for Counterclaims Trial Jury

[CDK#129.86] Motion for Failure to Plead

[CDK#150.86] Motion for Default failure Comply with Discovery PD

[CDK#130.86] Motion for Strict Foreclosure Judgment. See Exhibit  for


**Unlawfully State Court Hearing On May 7 2018**

**47**    It is the judiciary responsibility to promote and provide fair and equal treatment to all parties. Individual judges are charged with the task of adjudicating claims in a manner that protects the rights of both parties. See In re Thomas, 873 S.W.2d 477, 496-

24

97 (Tex. Rev. Trib. 1994) (citations omitted). Judge Dubay has never taken his responsibility to promote and provide fair and equal treatment in this case before him. He is action are intentional clear error of law and facts to circumvent law with intentional manifest injustice.


**A**       On May 7, 2018, at a testimony hearing for Strict foreclosure appearance was Law Office of Bendett & Mchugh agent George Genegras  myself  Petura Billie, Court clerk Susan Kenkos Hon. Duray.  see **TR 05/07/2018 Pgs 1-2 Exhibit ""E**


**B**       Hon Dubay claim jurisdiction regardless of his uncertain the federal law. He was eager to entered a judgment once made aware of that petitioner filed a Legal Removal to federal court  on state court rerecord **05/07/2018 Pgs 1-2 Exhibit 'E".**


**C** Judge Dubay action bias, prejudice  by making mockery of he asserting her constitution rights, and denied the petitioner of her Constitution Rights, Nationality and Non corporation Citizen in court record written and orally see **Exhibit "E"** TR 5/07/2018 Pgs 4-8.


**D** His urgency to violated the petitioner rights to Procedure Due Process by way of denying Motions without a hearing, without facts and finding of law just to entered a fraudulent judgment, once made aware that petitioner had filed an Legal Removal to from State Court to Federal Court. Hon Dubay claim jurisdiction regardless of the petitioner State and  Federal Constitution Rights and  Federal Jurisdiction and without proven jurisdiction on court record. Thus, further exemplified I was force into Contract **TR. 05/07/2018 Pgs 1-2   exhibit "E"  incorporate as evidence.**

**E** In the testimony hearing on May 7, 2018, clearly show Hon Dubray deliberately denied me Due Process, and the right to fair fundamental fairness and denied the right to petition the Court hearing for the following the Motion for Discovery, Motion for Default, Motion for Dismissal,Motion for Counterclaims and Motion for Validated Liens, Motion for trial by Jury, Motion for Discovery PD, prior to this Motion for Strict foreclosure hearing. In fact he denied all the Motion on the testimony hearing **Tr 5/7/2018 Pg 3-16. See exhibit "E'"**

**F** The testimony hearing on May 7, 2018, exemplifies Hon Dubay behaved in a manner in consistence with the constitution. He is charged with the task of adjudicating claims in a manner that protects the rights of both parties. But arbitrary rulings and misconduct demonstrate bias, prejudice, partiality, unfairness, and denied the petitioner equal justice of the law see **TR 5/7/2018 Pgs 3 -18 See Exhibit "E"**

### Judicial Trial Clerk's, Further the Scheme In concert with others, To carry out the Scheme to defrauded of my Property

**48** The Judicial trial clerks continued to further the plotted and scheme and engaged in conspiracy/collusion with other in concert collectively to defraud the Miss Billie property. The judicial employee's clerk deliberately failed to administered there duties as a clerk.  The Judicial trial court record showed [A]ll Miss Billie mandatory pleading Motions, Objections, Judicial Notices, prior to May 7 2018, Strict Foreclosure Final Foreclose Judgment were not place on the court docket for an opportunity to be heard.

**49** Even the Mandatory pleading Motions, Objections and Judicial Notices that required by the courts to be heard were never placed on the calender or give a

opportunity to be heard. This act was part of the premeditated scheme done intentionally, wilfully and knowingly to conspire against my secured constitution rights with others collectively to confiscate my property. In violation of their oath of Office Conn. Gen. Stats Sec.§ 1-24, Sec. §51-52, Sec.§ 51-57, 28 USC§ 951,

### The Entire Trial Court Proceeding Was Corrupted And Fraudulent Scheme which led to Transferred of Case To District Court

**50**    Judicial trial court record showed the entire civil court proceedings (past and present) has been a corrupted and with neither Jurisdiction nor Due Process. The judicial officers, attorney's, judicial employee's including, clerk staff in concert with Attorney's and others engaged in conspiracies/collusion to conspire against the Petitioner and had behaved in a manner in consistence with the Constitution the Petitioner was complete blocked from the trial court and then the co-conspirator illegal seized my property.

**51**    Miss Billie Human Rights as a citizen of the united States of America was disregarded. Therefore, transfer of the case from State to Federal Court was warranted due to Constitution violations that lead to a Fraudulent Judgment and conveyance of petitioner property. In violation of 28 U.S.C. 1446-1447 and violation of the (USC Const. Fourth Amend.

**52**    Judicial trial Court record shown on May 7 2018, Miss Billie submitted into State court record Motion for Removal to Federal Court into record State Court due to the outrageous conduct by the state-actors In particular Docket entry : 154.00 and 157.00

**53**  On May 8, 2018, Miss Billie officially filed a Civil Rights Complaint Pursuant to (28 U.S.C. §1441-1446) Article III Proper Jurisdiction into District Court Hartford of Connecticut  Defendant Deutsche Bank et al, ("Defendant") in Case No.  3:18 -CV-00784-(AWT)  (the "Federal Court Action").


### RICO Defendant Judge Dubay Act To Further The Scheme, And With Each Attorney  In This Case To Violate Petitioner Due Process Right For Unjust Enrichment And Before the Case was Remanded Back


**54**   The Judicial trial court record showed the removal of the case to the District Court was remanded back to State-court on October 17, 2018, In particular Docket Entry: 181.00.


**55**  The co-conspirators engaged in conspiracy/collusion in concert with others collectively to punished the plaintiff as a self representative for asserting my constitution rights and the lawful liens filed in this case against the parties herein.

**56**  The co-conspirators engaged in criminal events with the theft of my property while the case was in jurisdiction of the District Court . Each Attorney's were in concert with others, including judicial employee's clerk staff intentionally committed Extortion, and Obstruction of Justice. The Attorney's acting as officers of the court, circumvented the Federal Statutes 28 USC 1446 (d) and 1447(c).


**57**  The Judicial trial court record will show the co-conspirators acting as officers had already Sold Defendant's property before the case was remanded back to  state-court . Thereafter, each attorney's purposefully concealed and withheld a material fact to obtain a fraudulent judgment.

28

**58**   The Attorney's action to Sell my Property was intentionally and knowingly of violating the law. It was premeditated and Retaliatory Attack against the Defendant's for the lawful liens against the parties involved the case, In particular 152.00. In a testimony hearing on May, 2018, the attorney's mention the lien filed against them by the Miss Billie and said the were going to file criminal charges against the defendant's for filing lawful liens. See TR 5/7/2018.

### The Federal Statutes 28 USC 1446-1447 Procedural for Removal to District Court

**59**   Federal laws enacted by Congress governing civil procedure in United States district (federal) courts, that is, court procedures for civil suits. The FRCP are promulgated by the United States Supreme Court pursuant to the Rules Enabling Act, and then approved by the United States Congress.

**A** In Federal Law 28 USC § 1446(b) (1) its permits for a defendant's to remove any civil action from a State court shall file in the district court of the United States for the district and division

**B** Federal Law 28 USC 1446 (B) (3)  its also permits a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

**C** Federal law 28 USC 1446 (c) also assert that after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded.

29

**D**  Federal Law **28 USC §1447 (c)** also permits a Motion to remand a case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal under section 1446(a).If before <u>final judgment</u> it appears that the <u>district court</u> lacks subject matter jurisdiction, the case shall be remanded.

A certified copy of the order of remand shall be mailed by the clerk to the clerk of the <u>State court</u>. The <u>State court</u> may thereupon proceed with such case. Therefore all proceeding before case remand to state-court.

### The RICO Defendant's Judicial Trial Clerk's, Further the Scheme To carry out the Fraud Once the case Was Remanded Back to State-court

**60**     On August 14, 2018, the Judicial trial court record showed Miss Billie a Motion to Open And Vacated Judgment, In particular Docket Entry: 158.00 and159.00, 169.00 and 171.00. The RICO Defendant's disregarded the Motion when the case was remanded back to State-court. Even after, court's clerk attempted to adhere to its administered duties In particular Docket Entry 162.86. The Motion was never ruled once the case was remanded back to state court. For the reason that, Judicial employees clerk Susan Kenkos who's in conspiracy/collusion with others had to carry out the fraud for profit and gain. **See Exhibit B-14**

### The Law office of Bennett & Mchugh P.C.,  With Other RICO Defendant State Actors to Carry Out the Scheme, Illegal Seizure of Miss Billie Property Prior to the Case Remanded Back To State Court

**61**  On August 16, 2018, while case pending in District Court. The Law off of Bennett Mchugh P.C., Agent Nicole M. Fitzgerald filed a Certificate of Foreclosure in East Hartford Land Record transferred ownership of the Defendant's property to Deutsche Bank National  Trust Company.

- Conn. Gen. Sats. **Sec. 49-16. Foreclosure certificate. Penalty.** When any mortgage of real estate has been foreclosed, and the time limited for redemption has passed, and the title to the mortgaged premises has become absolute in the mortgagee, or any person claiming under him, he shall, either in person or by his agent or attorney,   forthwith make and sign a certificate describing the premises foreclosed, the deed of mortgage on which the foreclosure was had, the book and page where the same was recorded and the time when the mortgage title became absolute. The certificate shall be recorded in the records of the town where the premises are situated and shall be substantially in the form following:

**62**   Judicial trial files showed the Agent Nicole Fitzgerald  filed an objection. In that argument she stated "on August 16, 2018, title to the property vested to the Plaintiff. She also argued Conn. Gen. Stats Sec. 49-15 'no judgment can be opened after title become absolute. In particular Docket Entry 160.00 See exhibit attach hereto

**63**   The Certificate of Foreclosure should not have been filed.  For the reason that, the case was pending in District Court with no further proceeded in the state-court until District Court remanded the case back to state-court.  Therefore, the Conn Genn. Stats Sec.52-212(a) and Conn Gen.Stats. Sec. 49-16, were silent pursuant to Federal Statutes 28 USC §1446 and USC§ 1447 (a) (b) (c) that supersede state law, until the case was remanded back.

**64**  The foregoing act by the Law office of Bennett & Mchuch., was clearly violation of the 28 USC 1446 (d) and 1447(c). The Attorney's was very transparent of there misconduct on public record. For the reason that lawyer-judge relationship they were protected**. See Exhibit "H 5-7"attached hereto as evidence**

**The RICO Defendant Judge Dubay Act To Further The Scheme,
And With Court Clerk In the Auction of  Petitioner Property While Under Federal
Court Jurisdiction**

31

**65**  Judicial trial files showed on August 24, 2018, the Law Office of LeoPold & Associates, PLLC., Agent Karen E. McArthur filed an court appearance and aided and abetted in concerts with the other s and attorney's. She send an Affidavits to Defendant "as a tenant of said property and the Successor Owner :Deutsche Bank National Trust Company etc, via served by State Marshall" **See exhibit  "H 8-10" Attached hereto as evidence.**

**66**  on August 24, 2018, judicial files showed the Law office of Leophold & Associates filed into court an Execution of Ejectment. The court clerk rejected the Motion and issued an order citing the following reason  In particular Docket 162.00 and 162.86. **See Exhibit B-14**

- The case was pending in District Court.
- The Motion to Open Judgment In particular Docket Entry :159.00,  169.00 and 172.00 was never ruled by the court.

**67**  On September 27, 2018, judicial files showed  the Law office of Leophold & Associates Karen E. Mc Arthur Esq. filed another Execution of Ejectment. The Judicial Officers and judicial employee's including clerk staff  engaged in conspiracy against Federal Law 28 USC§ 1446  and 28 USC §1447 Miss Billie secured rights by the constitution and granted the foregoing Motion while the case was pending in District Court. In particular Docket entry 172.00 and 173.00.**See Exhibit B-15**

**68**  On October 9, 2018, judicial trial files showed Defendant's filed numerous of pleadings Motion and Objection against the Execution Granted by the Court, In

particular Docket Entry 177.00 and 177.86; 178.00 and 178.86; 175.00 a Motion to Stay Execution of Ejectment due to violation pursuant to 28 USC§ 1446 (d) and 28 USC §1447 (a) (b) (c) (d) . Finally, the trial Court granted a testimony hearing scheduled on October 22, 2018. for Motion to Stay Execution. **See Exhibits "B" 16-18**

**69** Judicial trial files showed the Law Office of LeoPold Agent Karen E McArthur Esq filed an Objection attached with exhibits. She stated in the Objection

● " The execution of ejectment was issued on October, 03, 2018. Before the Plaintiff could serve the Defendant with the Execution of Ejectment, the property was sold to a third party."

● "The closing occurred on October 9, 2018". In particular, Docket Entry: 179.00" Page  2. Paragraph 5. The exhibits also established the Attorney's awareness of the case pending in District Court with no disregarded for the law..,(there above the law)".

**70**        Interestingly, the Attorney's never acted on the Execution of Ejectment that was granted on September 27, 2018,  In particular Docket Entry 172.00 and 173.00. Absolutely not for the reason, the co-conspirators were conscious that the Federal Statutes were triggered and they had violated the law.  The co-conspirators never acted on the Execution of Ejectment to protected the Judge Kevin Dubay. For the reason, that the fraud was admissible evidence of a fact, foreseeable on public record, of Judicial office Kevin Dubay violation federal law. Nevertheless, the  co-conspirator had no intention of correcting the manifest of injustice they committed. There we going to carry out there plan to defraud me Miss Billie of my property for a profit and gain.

33

**A**.   The Judicial Record showed the plaintiff repeatedly notification the co-conspirator to cease and desist there criminal activities based on the grounds the case there were cases pending in the District Court. The co-conspirator . In particular Docket Entry: 165.00 and 166.00.

## The RICO Defendant's Judicial Employee's Clerks Act to Further the Scheme, of Fraud  with A Unlawful HEARING 10/22/2018

**71**     On October 22, 2018, in a testimony hearing, the Law Office of Leopold was non-appearance. The  judicial employee's clerk staff Susan Kenkos practice law from the bench engaged in conspiracy/ collusion for a profit and gain. She abruptly interfered with judicial proceeding (the unidentified person was court clerk Susan  Kenkos) to testified on behalf of the Attorney's who was non appearance before the judicial can proceeded ( this was done intentional conspiracy/collusion with the clerk and attorney's for the clerk act to carry out the scheme).

**A**   She testify property being sold, and the property has new owners before the the hearing  which further confirm the Objection filed in judicial trial court record  Docket entry 179.00 , She also exemplified exparte communication with the Attorney's on the case see TR 10/22/2018 pages 1-2. **See Exhibit "F" attached hereto as evidence**

● Sec. 51-57. Superior Court clerks. Oath. Full-time duties. Criminal defense prohibited. (a) Each clerk of the Superior Court shall, before entering on the duties of his office, be sworn tothe faithful performance of his duties.

(c) No clerk of the Superior Court may defend, counsel, advise or act as attorney for any defendant in any criminal action or otherwise engage in the private practice of criminal law.

**B**  Miss Billie argue the illegal sell of my property while the case was pending in  court TR 10/22/2018 **Pg 2 lines 1-27 and Pg. 3 lines 1-5 Exhibit "F"**


**C**  The Judge Kevin Duay stated  "the case got remanded from federal Court . Miss Billie state yes  October 17, 2018. Judge Dubay stated "that Correct.  He then state "he don't no what to tell me why my property was sold See **TR 10/22/2018  Pgs 7-22 Exhibit"F"**

●  Judge Kevin Dubay appears to be incompetence of his duties consistently with constitutional requirements, statutes, other court rules and decision of law  and

failed to uphold : Code of Conduct for United States Judges

●  In violation of  Canon 1 Commentary; Canon 2: A and Commentary 2A; Canon 3A  (1) (3) B (1)

**D**  It arguably that Judicial employee's clerk Susan Kenkos  with others in concert collectively rendered decision in this case  ( Law Office Bennett & Mchugh Agent Gengras who is a former employee's of the Hartford Superior Court clerk office who worked with Susan Kenkos ).


**The RICO  Judicial Clerk s Altered the Court Record and Judgment to Carry Out the Scheme With Other RICO Defendant's to Committed  Fraud  for a Profit and Gain**


**72**  On October 16, 2018, judicial trial court record showed Miss Billie filed pleading Motion to Open and Vacated Final Judgment and Execution of Ejectment due the outrageous of criminal conduct by the officers of the court. In violation  Federal Statutes

28 USC 1446-1447. In particular Docket Entry 180.00. Finally, the Court's granted a the testimony hearing scheduled on November 05, 2018.

- The judicial court clerk never scheduled no hearing prior to the entry of Final Judgment. Despite the pleading Motions and Objections filed by Miss Billie . Even Mandatory Motions that required a hearing by the Court's never granted

### A. The Judge Vacated The Final Judgment and Ejection of Ejectment Due Fraud Then Committed Perjury and then Fraud To Further the Scheme With Other RICO Defendant's  Unlawfully Hearing 11/05/2018

**73** Miss Billie argue the criminal conduct of the Judicial Officers and judicial employee's clerks and the violations of Federal Law USC 1446 (d) and 1447 (c) with the sell of my property **TR 11/05/2018 Pgs. 1-4 see Exhibit "G"**

**74** In the testimony hearing on November 5, 2018, Miss Billie stated" Well your honor My question to you is how is it that my Motion To Open an vacated judgment and execution of ejection, how is that denied" Judge Kevin Dubay stated " I didn't I vacated that Order" TR 11/05/2018 Pgs 5 lines 1-27 **See Exhibit "G"**

- Black Law 6th Edition :Vacate. To annul; to set aside; to cancel or rescind. To render an act void; as, to vacate an entry of record, or a judgment. As applied to a judgment or decree it is not synonymous with "suspend" which means to stay enforcement of judgment or decree.

- Black Law 4th Edition:VACATE. To annul; to set aside; to cancel or rescind; to render an act void; as, to vacate an entry of record, or a judgment. Stewart v. Oneal, C.C.A.Ohio, 237 F. 897, 903. As applied to a judgment or decree it is not synonymous with "suspend"

36

- which means to stay enforcement of judgment or decree. Ohio Fuel Gas Co. v. City of Mt. Vernon, 37 Ohio App. 159, 174 N.E. 260, 262

**75** Miss Billie stated " so we have two more motions that we have to schedule, the Motion for dismissal an the Motion to Retuned my property. Tr 11/05/2018 Pgs 6 lines 3-12.

Judge Kevin Dubay stated " Is it on calender for today. He stated" Then will talk about it when its on Okay. **Tr. 11/05/2018 Lines Pg. 3-48-19. Exhibit "G"** The Judicial employee's clerks never placed the Motion to Return Property on the calender to be heard in particular Docket Entry: 186.00 and 187.00.

**A** The testimony hear showed Judge Dubay witness crime but engaged in collusion conspiracy to to carry out the scheme to protected the the co-conspirator in fraud **Tr 11/05/2018 Pg 3 Lines 1-19**

**76** Judicial employee's including clerk engaged in conspiracy/collusion to aided and abetted the fraud. The Motion to Open and Vacate Final Judgment and Execution of Ejectment did not reflected anything said or ordered by the Courts in testimony hearing on November 5,2018 . Instead judicial trial court record showed the judge decision position as OFF, which is totally contrary to the "order". In particular Docket Entry 180.00.

**77** The co-conspirators (clerks) altered the record because the court record is admissible evidence of fact to the public for the world to inspect. Which would have shown the Judge hand of violation of the law. The co- conspirators had already sold my property and they had to carry out the scheme of manifest injustice.

### The Law Office of Locke Lord LLP Act To Scheme, With Other RICO Defendants In Concert And State Actors To Carry Out the Scheme and Fraud

**78**   On November 26, 2018, Judicial trial record showed  Miss Billie filed a pleading Motion to Dismissal of the case due the outrageous misconduct by the judicial officers In particular Docket Entry: 190.00. On August 8, 2018, the Law office Locke Lord LLP filed an appearance and aided and abetted in  collusion/conspiracy in concert with other and attorney's. On December 12, 2018, Agent Melanie Dykas filed an Objection against Defendant's Motion for Dismissal Docket Entry: 191.00 and 191.86. In her argument She stated in her Objection filed into court "

- "The Court is without Jurisdiction to Open Judgment and Dismiss Complaint of Defendant's, once again, is attending to prolong a foreclosure action in which "Plaintiff already took title to the Property." In particular, Docket entry 190.00, pg. 2, Legal Argument A

**79** On December 17, 2018 judicial trial record showed the court's granted the Motion for hearing. In that hearing Judicial Officer Dubay stated he would allowed Miss Billie time to filed an Objection before he ruled on the Motion.

**80**   Interestingly Judge Dubay ruled opposing party Objection on December 17, 2018, the same day of the hearing, which was contrary to the statement of Judge Kevin Dubay in the testimony hearing In particular Docket Entry 191.86. Miss Billie filed a Motion for  Clarification- Court Oder.  Judicial clerks disregarded the Motion for a opportunity to be heard In particular Docket Entry 194.00. Its arguably the Judicial employee's clerk in particular Susan Kenkos ruled on this case.

**A**  Intriguingly,  the Law office of Locke Lorde LLP also filed an "Court appearance" as a representative for Deutsche Bank National Company in the District Court in Miss Billie  Federal case see . The law Office never once filed a Motion to Remand case back

to state-court based on the argument in the forgoing Objection filed.

**80**   For the reason that, Law Office of Locke Lord awareness the District Court jurisdiction  28 USC 1447 (c) Federal statutes was triggered. Which states  "[a] motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal."

## The Law Office of John Forest Act To Scheme, With Other RICO Defendants  In Concert And State Actors  To Carry Out the Scheme

**81**   Judicial trial files showed on May 5, 2019, the Law Office John forest filed an court appearance as a representative for Jagdish Patel and Surekha Patel. He aided and abetted in collusion/conspiracy in concert with others against  Federal Law and my right secured by the Constitution with the scheme to defraud me of my property knowingly that the co-conspirators had sold my property.

**82**   He filed a Motion to Add Successful Bidder and Motion for an Execution of Ejectment of the Defendant (intentionally committing perjury to the Court's). This argument in his motion was Jagdish Patel and Surekha Patel,  became new owner of Defendant's property by an auction on or about October 17, 2018,( mysteriously the same day the case was remanded by to state-court) he also attached with the Motion "Exhibit A  Town of East Hartford Property Summary Report field" card that showed the property was sold on October 17, 2018, as evidence.The judicial officer disregarded Miss Billie Objections and granted the co-conspirator Motion without an opportunity to be heard. In particular Docket Entry 197.00 and 196.86

- Judicial trial court record showed the Attorney's never acted on the Execution of Ejectment that was already granted approximately (7) months ago Docket Entry 172.00 and 173.00. As state previously the fraud was admissible evidence of a fact on public record of Judicial office Kevin Dubay  engagement in conspiracies/ collusion with other co-conspirator intentional and knowingly violated federal Statutes 28 USC 1446-1447.

**83**   Judicial trial court record will showed after I Miss Bilie filed an Appeal  the co-conspirator continued to show no respect for my secured guaranteed rights and commit fraud by Bribery to gain profit and unjust enrichment. The co-conspirators filed numerous of Motion for Execution of Ejectment while the case was pending in Appellate Court Jurisdiction In particular Docket entry 212.00 and 212.86,  213.00 and 213.86; 214.00 and 214.86.

-  The co-conspirators judicial trial court employee's court clerk filed into court record " Appellate Court Decision Appeal Dismissal which was incorrect. In particular Docket entry: 211.00
- The co-conspirator Judicial trial employee's clerk issue an ORDER: REJECTED The proposed execution of ejectment form is not completed. The date of judgment, date title was transferred and date lis pendens was recorded are required.

**The Law Office of Lock & Lord  Re- entered the Case, TO Further the Scheme In concert with others, Once Petitioner filed an Appeal to the Appellate Court**

**40**

**84**  On November 21, 2018, Judicial trial Court record showed the Law of Locke Lord LLP filed an appearance into Appellate Court record, and engaged in devise plan to, aided and abetted Law office of Bendett & Mchugh P.C., and other RICO Defendant's in the scheme and plan to defraud me of my property.

**85**  On November 22, 2019, Judicial Appellate court record showed the Law Office of Lorde Lorde LLP filed a Motion for Dismissal Docket Entry #193090 . She stated in the Motion for Dismissal

- " The removal to the District Court did not stay the judgment. Title did indeed vest in Plaintiff' on August 15, 2018. See Id,, entry no 173.00. Subsequently, on or about, October 17,2018, Plaintiff sold the subject property to Jaqdish and Sureha Patel (collectively, the "New Owner"), id,, entry 196.00

**86**  Interestingly, the Law office of Locke Lorde LLP also filed an "Court appearance" as a representative for Deutsche Bank National Company in the District Court, in the removal filed by the Defendant. The law Office never once filed a Motion to Remand case back to State-court based on any of the argument raised in the foregoing Objection 190.00. pursuant to 28 USC 1447(c). For the reason that, Law Office of Locke Lord awareness the District Court jurisdiction 28 USC 1447 (c) Federal statutes was triggered.

- 28 U.S.C. § 1447(c) further provides that "[a] motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal." the case shall be remanded. An order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal. A certified copy of the order of remand shall be mailed by the clerk to the clerk of the State court. The State court may thereupon proceed with such case.

**87**  Judicial appellate court record showed the Appellee filed a Motion for dismissal  In particular Docket Entry :1903090. The  Motion for Dismissal was granted by the Appellate Court. The Appellant engaged in lawyer-judge relationship and conspiracy/ collusion in concert with other against my secure guarantee rights to Due process. The Judicial trial record exemplify admissible and factual  evidence the attorney's in concerts with other violated the law. In violation

- **Article I, Sec. 5 of the Connecticut Constitution affirmatively grants that "** [N]o law shall ever be passed to curtail or restrain the liberty of speech or of the press.

- **Article I, Sec. 10 of the Connecticut Constitution affirmatively grants that "** [A]ll courts shall be open, and every person, for an injury done to him in his person, property or reputation, shall have remedy by due course of <u>law</u>, and right and justice administered without sale, denial or delay.

- Judicial Appellate Clerk's, Further the Scheme In concert With Others, To carry out the Scheme to defrauded Miss Billie Property

### The RICO Defendant's Appellate Clerks Further the Scheme, With Others Blocked the Plaintiff from Court

**88**  Judicial Appellate court record shows the Appellate Clerks continued to block Miss Billie from filing Motions, Access to the court by returning mostly all her the Motion. After the Motion for Dismissal was granted  In particular Docket entry: 193090, All Motion thereafter were returned Docket Entry: 193925, 1933275, 202005,  202155 212860  213108  213107.

- Miss Billie out line these co-conspirator engaged in collusion collectively to conspire against my rights, In particular Docket 194120 issued date March 31, 2020 by appellate clerk Rene Robertson. In light of the COVID-19 pandemic, this Court issued a Standing Order the "Executive Order &7 G," by the governor Court proceeding and filings were suspended until further notice.

- The Appellate Clerk issued an "order" stating Motion for Review had be reviewed by the court and was denied. Its arguably the decision was ruled by the clerk, the Court's suspended all proceedings.

- It arguably the Motion for Dismissal filed by the Appellee's was ruled on by the appellate Clerk opposed by the Court's.

**89**    In furtherance of collusion collectively with the co-conspirator Miss Billie file a Motion for Review for extension to presented the court due the tragedy  impact of COVID-19 on my life and my family, In particular Docket Entry; 212860,  this motion was rejected without being present to the court. See Exhibit A 1-11


## NEW DISCOVERY OF EVIDENCE OF FRAUD

**90**    On February 7 , 2022, the Defendant's physical inspected the Land Record in the Town of East Hartford Connecticut and discovered that a Special Warranty Deed was executed between the parties Deutshche Bank National Trust Company and Surekah & Patel jadgish on September 26, 2018. **See Exhibit I**

- 1. On September 26, 2018, a "Special Warranty Deed" was executed by Deutsche Bank National Trust Company,as Trustee for HSI Asset Securization Corporation Trust 2006-OPT1, Mortgage Pass-Through Certificates, Series 2006-OPT1 the Patel Surekha & Patel Jagdish .

**91**   The  October 17, 2018, date the Attorney's stated was the date Surekah & Patel Jadgis became new owners through action. That's the date the Special Warranty Deed was record in the town Of East Hartford Land Record. Its arguably the co-conspirators forged the document and falsified the land Record or used his status as an Officer of the Court to enforced the fraud.

**92**   The Attorney's and [A¡ll  RICO Defendant's were aware that had sold my property once I Miss Billie filed a legal removal of my case in District Court. The co-conspirator also knew the were violating the Federal law. The judicial trial court record showed their action through pleadings Motion, Objection and testimony hearings. The criminal conduct was premeditate plotted and scheme to sale my property before and while petitioner's case pending in District Court.

**93**   The  [A]ll RICO Defendant's were aware of the special Deed  The "Special Warranty Deed" It was purposely withheld from the trial court. For the reason that, it was tangible evidence to showed petitioner's property was sold before the case remanded back to state-court on October 17, 2018. In violation of 28 USC 1001 (a) 1.

### The Rico Defendant's Continued To Further the Scheme with others, And Force the Plaintiff's Into Contract

**94**   The RICO Defendant's collectively in concert with others  acted under color of ; and by way of; Capitis Diminutio Maxima (meaning a maximum loss of status through the use of capitalization) changed my private Moorish American and Title from, Petura Billie to ALL CAPS corporate entity "PETURA BILLIE" without my permission; as to deprive me of my nationality; the highest or most comprehensive loss of status. This deliberate assignment of a legal fiction is an attempt to cause me as a free woma to "volunteer" into slavery through forming legal joinder, an implied stealing of my Nationality and Family Rights. I am  Petura

Billie – a living breathing real woman - NOT the legal fiction "PETURA BILLIE" and not ALL CAPS corporate entity  and any undisclosed contract is DECLINED, and this is a breach of oath resulting in denationalization – a Human Rights violation.

**95** The Name that appeared on COURT DOCKET PETURA R. BILLIE is not me. It is a corporate fiction commercialize federal reserve name spelled in all upper caps that considered a dead person or a legal entities that person whom you have jurisdiction over. That person is not me the flesh and blood real living woman Petura R. Billie; and

**96** American Law and Procedure, Vol. 13 pg. 137,1910:
"This word 'person' and its scope ad bearing in the law, involving, as it does, legal fictions and also apparently natural beings, it is difficult to understand; but it is absolutely necessary to grasp, at whatever cost, a true and proper understanding to the word in all the phases of its proper use...A person is here not a physical or individual person, but the status or condition with which he is invested...not an individual or physical person , but the status, condition or character borne by physical person...The law of persons is the law of status or condition.

**97** "Black's Law Dictionary – Revised 4th Edition 1968, p. 264.) Diminutio. Lat. In civil law. Diminution; a taking away; loss or deprivation".

**98** "Black Law 6th Edition Pg. 1421 definition of a Straw-man: A front, a third party who is put up in name only to take part in a transaction. Nominal party to a transaction; one who acts as an agent for another for the purposes of taking title to real property and executing whatever documents and instruments the principal may direct. Person who purchases property for another to conceal identity of real purchaser or to accomplish some purpose otherwise not allowed".

**99** Ninth New Collegiate Dictionary defines the term "STRAWMAN" as: 1: a weak or imaginary opposition set up only to be easily confuted 2: a person set up to serve as a cover for a usually questionable transaction. The Strawman can be summed up as an imaginary, passive stand-in for the real participant; a front; a blind; a person regarded as a nonentity.

**100** The Strawman is a "shadow", a go-between. For quite some time a rather large number of people in this country have known that a man or woman's name, written in ALL CAPS, or

45

last name first, does not identify real, living people. Taking this one step further, the rules of grammar for the English language have no provisions for the abbreviation of people's names, i.e. initials are not to be used. As an example, John Adam Smith is correct. ANYTHING else is not correct. Not Smith, John Adam or Smith, John A. or J. Smith or J. A. Smith or JOHN ADAM SMITH or SMITH, JOHN or any other variation. NOTHING, other than John Adam Smith identifies the real, living man. All other appellations identify either a deceased man or a fictitious man: such as a corporation or a STRAWMAN.I believe there is no evidence to the contrary and that none exist.

**101**  The RICO Defendant's  and Officers, Agents and Representatives denied me of my nationally as an Aboriginal, Indigenous Moorish American National, Freehold by Inheritance with Birthrights and protected and secured Inalienable Rights, makes an unconstitutional Complaint – Summon – Suit / Action. Petitioner is with reasonable expectation that the Officers / Agents, and Officials, holding any position of Public Trust, or political office, are prohibited, under Official Oath, under the authority of The Law of the Land, from the use of the official position(s) or office(s) to violate the Constitution for the UNITED STATES OF AMERICA; and thus, by the abuse of authority, and the practice of superseding their 'limited' jurisdictional powers, violate and abridge the Natural, Divine, Unalienable, and Secured Rights of the People; terminating with the cause of damage to this Petitioner / Plaintiff.

**102**  The RICO Defendant's collectively in concert with others Representatives *'want of jurisdiction' by knowingly and willingly* conspiring (under a Color-of-Authority) to deny this Petitioner, (after this Petitioner made a reservation of rights and stating on court record  ; name, correct spelling of name, and national status) her Inalienable Rights, the right to a Name and Nationality which resulted in an unlawful arrest-of-rights, immunities and liberties; which is in direct contradiction to, and a violation of, the Fourth (IV) Amendment of the Constitution for the United States (Republic); violating Article VI of the Constitution, by way of violating The Treaty of Peace and declaration of Human Rights, Declaration of the Indigenous Rights.

**103**   The RICO Defendant's collectively in concert with others acted as private foreign corporation; foreign to the United States Republic;acting acting as a defacto corporation committing  fraud upon the courts by  bringing a claim against the real living women by commercial vessel pursuant U.S. Code 7 which have no divine rights, and used status and codes as presumptive contract which is not law, and without my consent and full disclosure.

**104**   The RICO Defendant's collectively in concert with others forced a sovereign citizen to surrender its de jure sovereign state status to deem me a statutory citizen (18 USC 1401) of the UNITED STATES CORP  ; which in effect committing acts of genocide against the de jure NATIONAL sovereign of the republic of Connecticut, to also used corporate policy Statutes and Codes against sovereign citizen in violations of the State and Federal Constitution.

**105**   The RICO Defendant's collectively in concert with others, are Foreign Principal and its artificial Organizations are in violation as established by the Ordained Constitution for the Union of several States of the United States of America.

**106**   The RICO Defendant's collectively in concert with others are "Agents Of A Foreign Principal" pursuant to 22 U.S.C.S. 611acting under wrongfully assumed Powers and Authority and under pretense and colors of Office, to deprive me of my without due process of law in violation of the (U.S.C. Const. Amend. V).

**107**   The RICO Defendant's collectively in concert with others as foreign principle engaged in aiding and abetting in conspiracy and collusion with other Foreign corporation to conspire against my unalienable rights secured by the Constitution.

**108**   The RICO Defendant's collectively in concert with others acting under their direction and control, are incapable of maintaining the integrity of the *de jure*, Lawful, Constitutional Monetary System of the *de jure* Union of several Republican States of the United States of America, and are not heirs in Law or by birthright, i.e. Posterity, and have caused grievous harm, damage and injury under pretense and colors, and are in breach of numerous legal duties imposed upon our Public Offices, and you, by Law are barred, estopped and precluded under the "Clean Hands doctrine," and "Public Policy," from making any claim or right, title, or interest thereon. (See: 18 U.S.C.S. 1001).

**109**   The RICO Defendant's collectively in concert with others are foreign agent acting under color of law to defraud the petitioner operating without a license to practice Law. AS PER THE UNITED STATES SUPREME COURT; "The practice of Law CAN NOT be licensed by any state/State *Schware v. Board of Examiners*, 353 U.S. 238, 239". The practice of Law is AN OCCUPATION OF COMMON RIGHT"*Sims v. Aherns*, 271 S.W. 720 (1925)".

47

**110**   The RICO Defendant's collectively in concert with others are "Agents Of A Foreign Principal"pursuant to 22 U.S.C.S. 612 loss of nationality with no judicial power or jurisdiction over a citizen of the Constitution Republic of the several states.

**111**   The RICO Defendant's collectively in concert with others Is Foreclosed from Parity with Real People; "Supreme Court of the United States ruled"An attorney for the plaintiff cannot admit evidence into the court. He is either an attorney or a witness". (Trinsey v. Pagliaro D.C.Pa. 1964, 229 F. Supp. 647)

**112**  AS PER THE SUPREME THE UNITED STATES COURT 1795 "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."S.C.R. 1795, Penhallow v. Doane's Administraters (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54).

**113**   Any foreign sovereigns are liable for damages while doing business in the United States, (the Judge , cleks, etc) that operated on the behalf of a defacto foreign fiction government officials are liable for the damages that they commit while doing business in the country; and that   A crime man not legally exist without  Corpus Defacto; The Supreme Court ruled " Without Corpus delict there can be no "crime" In every prosecution for crime its necessary to establish the "Corpus Delecti" the body or element of a crime People v Lopez 62 Ca Rptr, 7,256,C.A. 2D 185.

**114** All contracts are fraud vitiates all contracts," and that, all commercial contracts, wherein, such commercial contracts were all conceived in fraud, and lacking any moral & ethical character, are in direct conflict with Natural Law & Commercial Law, and thus, every A.B.A "contract" since 1882, whether verbal, or written, including, but not limited to all Judicial Oath's of Office, falsely sworn to, and fraudulently securitized, monetized, and commercialized, are Null & Void.

**115** The private courts **CANNOT** begin to presume, or assume, to have subject-matter, personal, or territorial jurisdiction, power, or authority, over matters dealing with *any* Living Being, wherein, this Commercial Obligation Lien can *only* be dismissed by the Lien Claimant(s), or by a properly convened & seated common law jury, independent of the Crown Templar's private courts. is, exceedingly, clear, and unambiguous in its mandates, and that, the common law jury, as drawn & specified in the International Commercial Lien processes, belongs to the People, and **NOT** to *any* corporate body politic. The People "incorporable" with the lack of full disclosure, and with the lack of their free willed & knowledgeable consent.

## All RICO Defendant's Act to Further the Scheme of Fraud Collectively Engaged In Fraud On the Court

**116** All the RICO defendant engaged in Fraud Upon the Court. The Judicial Officers and Judicial employee's including staff clerk did not support or uphold the Judicial Machinery of the Court. The Court can only be effective, fair and "just" if it is allowed to function as the laws proscribe. The sad fact is that in MOST Courts across the country, from and judges who are violating their oath of office and are NOT properly following these rules both judges and attorneys are playing a revised legal game with their own created rules in believe there misconduct and wrongdoing are exempt because of the status as Officers of the Court.

**117** Fraud upon the Court, immediately removing jurisdiction from that Court, and vitiates (makes ineffective - invalidates) every decision from that point on. A judge is an officer of the court, as well as are all attorneys. A state judge is a state judicial officer, paid by the State to act impartially and lawfully. A federal judge is a federal judicial officer, paid by the federal government to act impartially and lawfully. State and federal attorneys fall into the same general category and must meet the same requirements. A judge is not the court. People v. Zajic, 88 Ill.App.3d 477, 410 N.E.2d 626 (1980).

**118** Whenever any officer of the court commits fraud during a proceeding in the court, he/she is Fraud upon the court engaged in "fraud upon the court". In Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated "Fraud upon the court is

fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted."

## Judicial Officers Is Without Judicial Immunity

**119**   The Judicial trial court record shows the entire civil court proceedings (past and present) has been corrupted and with neither Jurisdiction nor Due Process. Judicial record show the Miss Billie was threatened and forced into contract without consent. The Judicial Officers clearly was not in judicial capacity to hold a act normal function normally performed by judge. For, the reason jurisdiction was never consent or proven were in this case absence of all jurisdiction was never in judicial capacity.

**120**   U.S. Supreme Court quoted in the Mireles V. Waco **502 U.S. 9 (1991)** make clear that the **immunity** is overcome in only two sets of circumstances. First, a judge is **not** immune from liability for nonjudicial actions, *i. e.,* actions **not** taken in the judge's judicial capacity. *Forrester* v. *White*, 484 U. S., at 227-229; *Stump* v. *Sparkman*, 435 U. S., at 360. 12*12 Second, a judge is **not** immune for actions, though judicial in nature, taken in the complete absence of all jurisdiction. *Id.,* at 356-357; *Bradley* v. *Fisher,* 13 Wall., at 351

**121**   Accordingly, as the language in *Stump* indicates, the relevant inquiry is the "nature" and "function" of the act, **not** the "act itself." 435 U. S., at 362. In other words, we look to the particular act's relation to a general function normally performed by a judge. Where a Court failed to observe, safeguards, its amounts to denial of of due process of law, court deprived of juris "Merrit v. Hunter, C.A. Kansas 170 F2d 739.

**122**   A court has no jurisdiction to determine its own jurisdiction, for a basic  issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question

instance" Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8;331 549, 91 L.ed 1666
67 S.Ct. 1409.

**123** A judgment rendered by a court without personal jurisdiction over the defendant's is void,
Its is nullity [A] Judgment to be void for lack of personal service on he defendant's is nullity.
Sramek, 17 Kan. App 2d. 573, 576-77, 840 P.2d 553 (1992) rev. 252 Kan. 1093 (1993).

### The Plaintiff Call For Emergency Protection The State of Connecticut Government Officials
### Has War Against the United States Constitution

**124** The plaintiff asserted as an African American the State of Connecticut judges and
government officials Black code her rights just likes the blacks were deem guilty during the
civil right era. The plaintiff was denied of equal protection of the law from legislatures and
judges who unequally failed to administered those rights of justice to all people .

**125** The plaintiff asserted throughout the entire case from the( past to present) that the State of
Connecticut (government official) stole my citizenship rights and treated the plaintiff's as a
second class citizen by the co-conspirators, and committed war against the United States
Constitution .

**126** A Fiduciary duty to act for some one else's, while subordinating one's personal
interests to that of the other person. Its is the highest standard of duty implied by law
(Public Trust).The Judge's fiduciary duty to his Oath of Office to support the
Constitution creates the charge and the charge is derived and pinned to the Constitution
of the United States of American at Article IV, section 2 that states:

**127** The Constitution, and the laws of the United Sates which shall be made in Pursuance
thereof, and all Treaties made, or which shall be made, under the Authority of the United
States, shall be the supreme Law of the Land; and the Judges in every states shall be bounded
by thereby,any Thing in the Constitution or Laws of any State to the Contrary
notwithstanding."

**128** The duty to the true rule of construction of the Constitution by the Judge of ALL of the
Constitution of the United States of American is best expressed by the U.S. Supreme Court in
DOWNES v BIDWELL, 182, U.S. 244 1901 when the Court said:

51

A....In doing so it is conceded at once tht the true rule of construction is not to consider one provision of the Constitution alone, but to contemplate all, and therefore to limit one conceded attribute by those qualification which naturally result form the other powers granted by that instrument, so that the whole may be interpreted by the spirit which vivifies,and not by the letter which killeth ...Indeed, in view of the rule of construction which I have just conceded-that all powers conferred by the Constitution must be interpreted with reference to the nature of the government and be construed in harmony with related provisions of the Constitution" 182 U.S 244 at 312.

**129**  It is entirely outside the judicial capacity o the Judge to pick and choose at his discretion those commands of the Constitution that killeth without also considering those rights, privileges, protections and Constitutional Rules that are guaranteed and secured for the protection of the States of the Union and the citizen.

**130**  The very highest duty of any officials of the State of the Union to the Rule of Law is reflected by Chief Justice Waite of the United States Supreme Court  when said :

A.....  The right and personal liberty are natural rights of man. " To secure these rights," says the Declaration of Independence, "governments are instituted among men, deriving their just powers from the consent of the governed." The very high duty of the States, when they entered into the Union under the Constitution, was to protect all persons within their boundaries in the enjoyment of these" unalienable rights with which they were endowed by their Creator Sovereignty, for this purpose, rests alone with the States " U.S v CRUIKSHANK, 92 U.S 542 (1875).

**131**  Supreme Court has also ruled in  **Hale v. Henkel**, 201 U.S. 43 at 47 1905).An individual may stand upon his constitutional rights as a citizen. Her rights are such as existed by the law of the land [Common Law]

**132**  Marbury v. Madison, 5 US 137: "The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."

**133**  Owen v. Independence, 100 S.C.T. 1398, 445 US 622: "Officers of the court have no immunity, when violating a Constitutional right, from liability. For they are deemed to know the law."

**134**  Miranda v. Arizona, 384 U.S. 436: "Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them."

52

**135**  Miller v. U.S., 230 F.2d. 486, 489: "The claim and exercise of a Constitutional right cannot be converted into a crime."

**136**  "The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business, or open his doors to an investigation, so far as it may tend to incriminate him. He owes no such duty to the state, since he receives nothing there from, beyond the protection of his life and property, he owes nothing to the public so long as he does not trespass upon their rights ": HALE v. HENKEL, 201 U.S. 43 at. 74-75. (1906)

**137**  "An action by Department of Motor Vehicles, whether directly or through a court sitting administratively as the hearing officer, must be clearly defined in the statute before it has subject matter jurisdiction, without such jurisdiction of the licensee, all acts of the agency, by its employees, agents, hearing officers, are null and void."
Doolan v. Carr, 125 US 618; City v. Pearson, 181 Cal. 640.

**138**  "When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially".Thompson v. Smith, 154 SE 583.

**139**  "A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational." ASIS v. US, 568 F2d 284.

**139 A** "Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities."  Burns v. Sup. Ct., SF, 140 Cal. 1.

**140**   The United States is located in the District of Columbia. The Clearfield Doctrine, as set forth in Clearfield Trust Co. v. United States, 318 U.S. 363-371, states: "Governments descend to the level of mere private corporation, and take on the characteristics of a mere private citizen where private corporate commercial paper (Federal Reserve Notes) and securities (checks) is concerned. ...For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." Bank of United States v. Planter's Bank, 9 Wheaton (22 U.S.) 904, 6 L. Ed. 24. And;

"Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipalities seeking remedy." Rio Grande v. Darke, 167 P. 241.

## The use of Mail And Wire Fraud

**141**   [CDK#103.86 & 114.86] Motion for Quo Warranto & Motion for Reconsideration

A [CDK#127.86] Motion for Quo Warranto

1.  B [CDK#110.00 & 127.86] Motion to Dismiss and Trial By Jury In Common-Law Jury

C [CDK# 125.00 and 125.86, 128.86] Motion for Counterclaims Trial Jury

D [CDK#129.86 & 129,87] Motion for Failure to Plead

E [CDK#150.86] Motion for Default failure Comply with Discovery PD

F [CDK#151.86] Motion for Dismissal

G [CDK#130.86] Motion for Strict Foreclosure Judgment.

H [CDK#153.86] Lawful Valid Lien Against Lien That Hold Absolute Priority

I [CDK#162.86] Proposed Execution of Ejectment JD CV-30

J [CDK#172.00 & 173.00] Proposed Execution of Ejectment JD CV-30

K [CDK# 176.00- 178.00 ] Motion To Stay Judgment

L [CDK# 180.86] Motion to Open and Vacate Final Judgement & Execution of Ejectment

 M [CDK#191.00 191.86]

N [CDK# 196.86 and 197.86 ] Motion to Add  Additional Parties

**142**  United States v. Hoffman, 901 F.3d 523, 545 (5th Cir. 2018) ("To prove those fraud offenses, the government had to show (1) a scheme to defraud that employed false material representations, (2) the use of mail or interstate wires in furtherance of the scheme and (3) the specific intent to defraud."); United States v. Weaver, 860 F.3d 90, 94 (2d Cir. 2017) ("The essential elements of mail and wire fraud are (1) a scheme to defraud, (2) money or property as the object of the scheme, and (3) use of the mails or the wires to further the scheme.");

**143**  United States v. Pinson, 860 F.3d 152, 168 (4th Cir. 2017) (internal citations omitted) ("To convict a person of mail fraud or wire fraud the government must show that the defendant (1) devised or intended to devise a scheme to defraud and (2) used the mail or wire communications in furtherance of the scheme. One such scheme to defraud is defined in § 1346; the deprivation of another's intangible right to the defendant's

55

honest services. As interpreted by the Supreme Court, § 1436 covers [only] bribery and kickback schemes."). 22 18 U.S.C. § 1343. "Purely intra

**144** The mail and wire fraud statutes "both prohibit, in pertinent part, 'any scheme or artifice to defraud[,]' or to obtain money or property 'by means of false or fraudulent pretenses, representations, or promises," 29 or deprive another of the right to honest services by such means. From the beginning, Congress intended to reach a wide range of schemes to defraud 26 United States v. Lane, 474 U.S. 438, 451-52 (1986) (quoting United States v. Maze, 414 U.S. 395; 403 (1974)); United States v. Stochel, 901 F.3d 883, 889 (7th Cir. 2018); Tavares, 844 F.3d at 58; United States v. McGinn, 787 F.3d 116, 124 (2d Cir. 2015).

**145** United States v. Vilar, 729 F.3d 62, 95 (2d Cir. 2013) ("A scheme to defraud is not complete until the proceeds have been received and use of the mail or wires to obtain the proceeds satisfies the jurisdictional element, which is to say that the jurisdictional element is fulfilled when the defendant uses the mail or wires to convert the money to his own use."). 29 Neder v. United States, 527 U.S. 1, 20 (1999);

**A** United States v. Weimert, 819 F.3d 351, 355 (7th Cir. 2016) ("To prove a scheme to defraud, the government must show that Weimert made a material false statement, misrepresentation, or promise, or concealed a material fact."); United States v. Smith, 749 F.3d 465, 477 (6th Cir. 2014) ("A scheme to defraud is any plan or course of action by which someone uses false, deceptive, or fraudulent pretenses, representations, or promises to deprive someone else of money.").46 Neder v. United States, 527 U.S. 1, 25 (1999) ("Accordingly, we hold that materiality of falsehood is an element of the federal mail fraud, wire fraud, and bank fraud statutes.");

**146** United States v. Evans, 892 F.3d 692, 711-12 (5th Cir. 2018) (internal citations omitted) ("'Scheme to defraud' is tricky to define, 'but it includes any false or fraudulent pretenses or representations intended to deceive others in order to obtain something of value, such as money, from the entity to be deceived.' Such falsity must be material."); Williams v. Affinion Group, LLC, 889 F.3d 116, 124 (2d Cir. 2018) (internal citations omitted)

**146 A** ("A 'scheme to defraud' is a plan to deprive a person of something of value by trick, deceit, chicane or overreaching. To make out such a scheme a plaintiff must provide proof of a material misrepresentation."); see also United States v. Roberts, 881 F.3d 1049, 1052 (8th Cir. 2018); United States v. Foster, 878 F.3d 1297, 1304 (11th Cir. 2018).

**147** United States v. Bertram, 900 F.3d 743, 749 (6th Cir. 2018) ("More specifically, the omission of a material fact with the intent to get the victim to take an action he wouldn't otherwise have taken establishes intent to defraud under the wire statute."); United States v. Halloran, 821 F.3d 321, 330 (2d Cir. 2016) ("The 'scheme to defraud' element of wire fraud requires the specific intent to harm or defraud the victims of the scheme."); United States v. Faruki, 803 F.3d 847, 853 (7th Cir. 2015) ("Intent to defraud requires a willful act by the defendant with the specific intent

**HONEST SERVICE**

**148** The Supreme Court held in McNally v. United States that the protection of the mail fraud statute, and by implication the protection of the wire fraud statute  include the intangible right to honest services, by defining the "term 'scheme or artifice to defraud' [to] include[s] a scheme or artifice to deprive another of the intangible right to honest services.

**149** Skilling v. United States, 561 U.S. 358, 412 (2010) ("Interpreted to encompass only bribery and kickback schemes, § 1346 is not unconstitutionally vague."); United States v. Baroni, 909 F.3d 550, 568 (3d Cir. 2018); United States v. Solomon, 892 F.3d 273, 276 (7th Cir. 2018); United States v. Suhl, 885 F.3d 1106, 1111 (8th Cir. 2018). 55 Skilling, 561 U.S. 412-13 & n.45 (2010) (footnote 45 of the Court's opinion in double brackets)                    57

**149 A** [T]he honest services statute['s] … prohibition on bribes and kickbacks draws content not only from the pre-McNally case law, but also from federal statutes proscribing—and defining—similar crimes. See, e.g., 18 U.S.C. §§201(b), 666(a)(2); 41 U.S.C. §52(2) ('The term "kickback" means any money, fee, commission, credit, gift, gratuity, thing of value, or compensation of any kind which is provided, directly or indirectly, to [enumerated persons] for the purpose of improperly obtaining or rewarding favorable treatment in connection with [enumerated circumstances].').

**Aiding and Abetting, Attempt, and Conspiracy**

**150** Attempting or conspiring to commit mail or wire fraud or aiding and abetting another to commit a crime it is necessary that a defendant  himself "Conspiracy to commit wire fraud under 18 U.S.C. § 1349 requires a jury to find that (1) two or more persons agreed to commit wire fraud and (2) the defendant willfully joined the conspiracy with the intent to further its unlawful purpose." 64 As a general rule, a conspirator is liable;

**151**   United States v. Halloran, 821 F.3d 321, 330 (2d Cir. 2016) (holding, in honest services fraud case, that "[t]he 'scheme to defraud' element of wire fraud requires the specific intent to harm or defraud the victims of the scheme"). The honest services fraud statute reads in its entirety: "For the purposes of this chapter, the term 'scheme or artifice to defraud' includes a scheme or artifice to deprive another of the intangible right to honest services." 18 U.S.C. § 1346. 62 Id. § 2(a) ("Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal");

58

**A** Id. § 1349 ("Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.");

**B** Id. § 371 ("If two or more persons conspire … to commit any offense against the United States … and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both."). Conspiracy to commit wire or mail fraud may be charged under either §1349 or §371).

## [A]ll RICO Defendant's Is Guilty of the Following Federal Violation

**152**   **All RICO Defendant's IS Guilty Of The Following Federal Violation**

The right of due process of law requires before any sort of judgment against an individual, that he has had opportunity to defend himself of any accusation or claim, that he has had an opportunity to state his case, he has had a proper and lawful judgment by a jury of his peers, or by a knowledgeable waiver of the right to answer.

**153 All RICO Defendant's herein collectively with others**  acted against that due process by acting in a criminal conspiracy to defraud the Complainant Affiant of his property,  WITHOUT ANY KIND OF LAWFUL COMMERCIAL PAPERWORK, CONTRACTS OR PROOF OF CLAIMS.

**154 All RICO Defendant's herein collectively  with others**  are/is therefore guilty of denying the Petitioner, every Constitutional protection afforded — an act of TREASON (defined below), an act of a MIXED DOMESTIC WAR.

 **A**  DOMESTIC MIXED WAR - A mixed war is one which is made on one side by public authority, and the other by mere private persons. (Black's Law Dictionary 5th Ed., page 1420). War does not exist merely because of an armed attack by military forces of another nation until it is a condition recognized or accepted by political authority of government which is attacked, either through an actual declaration of war or OTHER ACTS DEMONSTRATING SUCH POSITION (emphasis added; Savage v. Sun Life Assur Co. of Canada, D.C. 57 F Supp 620, 621).

**B** — WAR is the disintegration of peace; Webster's states "a state of hostility, conflict or antagonism, a struggle between opposing forces," not necessarily open violent armed confrontations, although a continued state of disrupted peace by any force could lead to open armed conflict.

**C** The defendants are hereby accused of the following crimes against, and violations of the rights of the people of this [state] REPUBLIC. Such rights or obligations are secured, preserved or defined by the Constitution to prevent such abuses by government officials by their oaths to support said Constitution (67 CJS, Officers, Section 46, Oaths,5 **U.S.C.** 3333,7311, 3331    ).

**D** — MALFEASANCE OF OFFICE. By such wrongful action, these individuals have acted with
malfeasance of office in conspiracy as foreign Agents deliberately, knowingly and willfully violating said rights are guilty of misconduct in office, whether public or private.

**E** — SLAVERY. The civil relation in which one man has absolute power over the life, fortune, and liberty of another. The Respondents have denied the right to "fortunes" earned by the labors of the Affiant. The unlawful conversion of such property and giving it to another without due process of law, forcing the Affiant to work for less than what was lawfully and contractually agreed upon, breaching interpersonal contracts and relationships, is criminal. The Respondents have absolutely refused to communicate in GOOD FAITH with the have refused to disclose the lawful authority by which they act, the contract in default or the damages which they claim created the so-called liability. There is no judgment of any kind that they can produce showing any liability. By such actions, these have destroyed the right to life, liberty and property by such taking of personal property without due process of law, reducing the Affiant to the condition of a slave. As such, these are in fact in violation of the State and Federal Constitutions that abolished slavery.

 **G**__TEASON. Treason is defined as the assault against the authority to whom one owes allegiance. It is one of three specific crimes named in the United States Constitution. It requires that one commit an act of war against the Constitution, or giving aid and comfort to an enemy. Such clearly defined actions by government officers and such private officers who have privileged authority in commerce by the
>Constitution, in specific connection to the above violation, malfeasance of office along with violating their oath of office and in the related connected activities herein as listed below is nothing short of TREASON,see DOMESTIC MIXED WAR above, and there is no other term or set of terms that accurately define such activity. [respondents] have willfully violated the basic fundamental principles this Country was founded on, and therefore condoned the acts of TREASON by so-called governmental officials against the Undersigned, making them liable for such acts of TREASON by refusing to stop such actions against the Complainant Affiant [name], when they had the power and

60

authority to do so after being noticed (criminally under Title 18, Section 4; civilly under Title 42, Section 1983, 1985, 1986).

In addition to and along with the above cited crimes, the Respondents acting in concert with such so-called government officials to complete such acts as listed as follows:

**H**      — FRAUD. Permitting shown and demonstrated acts of fraud and actively participated in a schemin conspiracy of untruths and misrepresentations to deceive those who entrusted themselves in dealing in good faith, while specifically acting in deliberate bad faith when such fraud was shown ( 18 USC 1001, 1346).

**I**      — EXTORTION. By such actions of Fraud, said Respondents under assumed (usurped) official right and color of office to demand, without any real lawful or proper authority, gave monies of the Complainant Affiant  and/or as foreign agents by use of such misrepresentations and untruths to steal monies under a color of law to  18 USC 872, 873, 1951, 1956, 1957, 641

**J**    ___FALSE DOCUMENTS. Accepting false documents that are known not to be true or known to be false to falsely condemn the Complainant Affiant under a color of law without benefit of a lawful trial, to steal property of the Complainant Affiant and giving it directly to a foreign agent by such false Page 57 condemnations (18 USC 1341, 1002).

K          ____ CONSPIRACY. A confederation of two or more individuals who may not know each other but, by their joint efforts, commit some unlawful or criminal act (Black's Law Dictionary). Multiple officials, agents and other persons named properly noticed by the attached

L        --- COMMERCIAL AFFIDAVIT, and un-named who under a cover of official right and appearance and color of law continued to perform such acts to continue to raise revenue by fraud and extortion, for any so-called governmental function. ; 18 USC 241,242, 371 Federal Racketeering Act, 18 USC 1961 *et. Seq*.)

M        — RACKETEERING. Is the combination of the above identified crimes. Title 18 United States Codes Section 1961 (RICO) defines it as involving a host of patterned criminal actions that includes but not limited to an act or threat of murder, kidnapping, gambling, arson, and as in the instant case robbery, bribery, extortion, fraud, slavery, etc.

N        — OBSTRUCTION OF JUSTICE. Title 18 United States Codes Section 1505. Whoever, with intent to avoid, evade, prevent, or obstruct compliance, in whole or in part, with any civil investigative demand duly and properly made under the Antitrust

Civil Process Act, willfully withholds, misrepresents, removes from any place, conceals, covers up, destroys, mutilates, alters, or by other means falsifies any documentary material, answers to written interrogatories, or oral testimony, which is the subject of such demand; or attempts to do so or solicits another to do so; or

O   ----Criminally Prosecute all those responsible under all applicable provisions and Mandates of the Ordained Constitution for the Union of several States of the United States of America, and Laws made in pursuance thereof, including, but not limited to 18 U.S.C.S. 219, 241, 242, 645, 654, 912, 951, 4, 8 2382 and 1001, to wit:18 U.S.C.S. 645

— 18 U.S.C. 1341 (Mail Fraud) (Text) Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

— 18 U.S.C. 1343 (Wire Fraud) (Text) Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

— 18 U.S.C. 1346 (Honest Services) (Text) For the purposes of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services.

— 18 U.S.C. 1349 (Attempt and Conspiracy) (Text) Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which

— 18 U.S.C 1505 Whoever, with intent to avoid, evade, prevent, or obstruct compliance, in whole or in part, with any civil investigative demand duly and properly made under the Antitrust Civil Process Act, willfully withholds, misrepresents, removes from any place, conceals, covers up, destroys, mutilates, alters, or by other means falsifies any documentary material, answers to written interrogatories, or oral testimony, which is the subject of such demand; or attempts to do so or solicits another to do so; or Whoever corruptly, or by threats or force, or by any threatening letter or communication influences, obstructs, or impedes or endeavors to influence, obstruct, or impede the due and proper administration of the law under which any pending proceeding is being had before any department or agency of the United States, or the due and proper exercise of the power of inquiry under which any inquiry or investigation is being had by either House, or any committee of either House or any joint committee of the Congress—

### INJUNCTIVE RELIEF:

**155** PETITIONER'S PRELIMINARY INJUNCTION Plaintiffs hereby , respectfully move this Court for a preliminary injunction of all State-court orders, judgments and petitioner property as set out of all allegations above and below of this complaints and claims supported by facts and Memorandum in Support of Petitioner s' Civil Rico Complaint. Because there are only legal questions at issue, Petitioner respectfully request that this Court consolidate the preliminary injunction and merits OF THIS ENTIRE COMPLAINT WHEREFORE, Plaintiffs respectfully request the Court grant their Motion and issue a preliminary injunction pending a decision on the merits of Plaintiffs'

**156** The district courts of the United States shall have jurisdiction to prevent and restrain violates of 1962 by issuing appropriate orders, including but not limited to : ordering any person to divest himself of any interest, direct or indirect, in any enterprise; imposing reasonable restrictions on the future activities or investments of any person, including, but not limited to, prohibiting any person from engaging in the same type of endeavor as the enterprise engaged in, the activities of which affect interstate or foreign commerce; or ordering dissolution or reorganization of any enterprise, making due provision for the rights of innocent person

**A** RICO's civil remedies provision, 18 U.S.C. § 1964, authorizes two causes of action: a public enforcement action for equitable relief by the Attorney General and a treble damages action by private parties. The Attorney General's right to sue for equitable relief derives from Sections 1964(a) and (b), and those provisions, in combination, make the Attorney General's right exclusive.

**B** Section 1964(a) does not identify who can seek such relief, but Section 1964(b) does. That provision states that "[t]he Attorney General may institute proceedings under this section" and that, "[p]ending final determination thereof," the court may enter interim restraining orders or take such other actions as it shall deem proper. 18 U.S.C. § 1964(b).

**C** Rather than authorize private civil RICO plaintiffs to seek equitable remedies, Congress in Section 1964(c) granted private parties the right to bring suit to recover treble damages and attorney's fees. Section 1964(c) provides that "(a)ny person injured in his business or property by reason of a [RICO] violation . . . may sue . . . and shall recover threefold the damages he sustains and the cost of the suit, including a reasonable attorney's fee." 18 U.S.C. § 1964(c). That provision has been construed to authorize private parties, and not the Government, to seek

**D** Section 1964 's legislative history confirms that it vests the Attorney General of the United States with the exclusive authority to bring suits for equitable relief, and authorizes private litigants to bring suits for treble damages. The Supreme Court has repeatedly observed that RICO's civil remedies provision, 18 U.S.C. § 1964, was patterned after virtually identical provisions of the antitrust laws. In that regard, at a time when Congress had provided no 25 express authority for private antitrust plaintiffs to seek equitable relief, the antitrust laws were construed to preclude such relief. The parallels between the antitrust laws at that time and the  language of RICO support the same conclusion for RICO — particularly since RICO lacks the explicit provision for private injunctive relief that Congress added to the antitrust laws.

---

See, e.g., Holmes v. Sec. Investor Prot. Corp., 503 U.S. 258, 267-68 (1992); Klehr v. 25 A.O. Smith Corp., 521 U.S. 179, 189 (1997); Agency Holding Corp. v. Malley-Duff & Assocs. Inc., 483 U.S. 143, 150-152 (1987); Sedima, S.P.R.L. v. Imrex, 473 U.S. 479, 486-90 (1985). See also S. REP. No. 91-617 at 81 (RICO's Section 1964 "brings to bear. . . the full panoply of civil remedies . . . now available in the antitrust area.").

**E**      Moreover, where the United States seeks equitable relief to protect the public against wrongdoing, as is the case in Government civil RICO suits for equitable relief, the United States need not show an inadequate remedy at law, irreparable injury, or that the harm suffered in the absence of

injunctive relief outweighs the harm the defendant will suffer if the injunction is granted, as is required

for a private litigant to obtain equitable relief. The Seventh Circuit explained in United States v.

Cappetto, 502 F.2d 1351 (7th Cir. 1974), cert. denied, 429 U.S. 925 (1975):

---

See United States v. Carson, 52 F.3d 1173, 1183-85 (2d Cir. 1995); United States v. 37 Private Sanitation Indus. Ass'n, 995 F.2d 373, 377-78 (2d Cir. 1993); United States Local 30, United Slate, Tile, 871 F.2d 401, 405-09 (3d Cir. 1989); United States v. Local 295 of Int'l Bhd. of Teamsters, 784 F. Supp. 15, 18, 21-22 (E.D.N.Y. 1992); United States v. Local 30, United Slate, Tile, et al., 686 F. Supp. 1239, 1262-74 (E.D. Pa. 1988), aff'd, 871 F.2d 401 (3d Cir. 1989); United States v. Ianniello, 646 F. Supp. 1289, 1299-1300 (S.D.N.Y. 1986); United States v. Local 560, Int'l Bhd. of Teamsters, 581 F. Supp. 279, 319-26 (D.N.J. 1984), aff'd, 780 F.2d 269, 292-94 (3d Cir. 1986); United States v. Mason Tenders Dist.Council, 1995 WL 679245, at * 7-13 (S.D.N.Y. Nov. 15, 1995)

**F**      Making Due Provision for the Rights of Innocent Persons Section 1964(a) of RICO provides, in relevant

part, that "district courts of the United States shall have jurisdiction" to impose various equitable remedies

"making due provision for the rights of innocent persons." The legislative history to RICO's Section 1964(a)

contains only a passing reference that "due provision for the rights of innocent persons be made." See S. REP.

No. 91-617 at 160; H.R. Rep. No. 91-1549, at 2 (1970). This provision has not been the subject of extensive

litigation, and therefore courts have not fully explicated its meaning.

It is well established that different standards than apply to private litigants' request for 38 injunctive

relief govern the Government's request for injunctive relief to enforce laws to protect the public's interests, and

that accordingly the Government is entitled to injunctive relief when it demonstrates a reasonable likelihood that

the defendants and/or their cohorts will commit wrongful acts in the future, without any showing of an

inadequate remedy at law or of irreparable injury beyond the injury inherent in the unlawful conduct see also

- See generally United States v. City of San Francisco, 310 U.S. 16, 30-31 (1940); Hunt, 591 F.2d at 1220; United States v. Fed. Deposit Ins. Corp., 881 F.2d 207, 210 (5th Cir. 1989); United States v. Odessa Union Warehouse Co-op, 833 F.2d 172, 175-76 (9th Cir. 1987); Gov. of V.I., Dept. of Conservation v. V.I. Paving, 714 F.2d 283, 286 (3d Cir. 1983) (and cases cited thereat); United States V. Siemens Corp., 621 F.2d 499, 505-06 (2d Cir. 1980); SEC v. Management Dyn., Inc., 515 F.2d 801, 808 (2d Cir. 1975); United States v. Diapulse Corp. of America, 457 F.2d 25, 27-28 (2d Cir. 1972); Shafer v. United States, 229 F.2d 124, 128 (4th Cir.), cert. denied, 351 U.S. 931 (1956); SEC v. Stratton Oakmont, Inc., 878 F. Supp. 250, 255 (D.D.C. 1998); F.T.C. v. Virginia Homes Mfg. Corp., 509 F. Supp. 51, 59 (D. Md. 1981); United States v. Ingersoll-Rand Co., 218 F. Supp. 530, 544-45 (W.D. Pa.), aff'd, 320 F.2d 509 (3d Cir. 1963).

## FIRST CLAIM (Federal Civil RICO,
## 18 U.S.C.  1961 (1),(3) (4), (5),(9)  1962(c))

**157** Plaintiffs now re-alleges each and every allegation as set forth above, and hereby  incorporate by reference all the preceding paragraphs of this Complaint as if fully set forth herein.

**158** Defendant violated RICO and Plaintiff was injured as a result.

**159** Each Defendant is a "person" capable of holding legal or beneficial interest in property within the meaning of 18 U.S.C. § 1961 (3)

**160**  Each Defendant violated 18 U.S.C. 3 1962(c) by the acts described in the prior paragraphs, and as further described below.

**161**   The Enterprise. All the RICO Defendant's in concert with others  an association-in-fact for the common and continuing purpose described herein and constitute an enterprise within the meaning of 18 U.S.C. 3 1961(4) engaged in the conduct of their affairs through a continuing pattern of racketeering activity. The members of the enterprise functioned as a continuing unit with an ascertainable structure separate and distinct from that of the conduct of the pattern of racketeering activity. There may also be other members of the enterprise who are unknown at this time.

**162** Alternatively, All RICO Defendant's  constitute a separate enterprise within the meaning of 18 U.S.C. 3 1961(4).

**163**  Alternatively, All RICO Defendant's together constitute an enterprise within the meaning of 18 U.S.C. 3 1961(4).

**164** Each enterprise has engaged in, and their activities have affected, foreign commerce.

**165  Pattern of Racketeering Activity**. Defendants, each of whom are persons associated with, or employed by, the enterprise, did knowingly, willfully and unlawfully conduct or participate, jirectly or

indirectly. in the affairs of the enterprise through a pattern of racketeering activity within the meaning of 18 U.S.C. 6 I96 1 (1 ), 1961 (3, and l962(c). The racketeering activity was made possible Defendants' regular and repeated use of the facilities and services of the enterprise. Defendants had he specific intent to engage in the substantive RICO violation alleged herein

**166** Predicate acts of racketeering activity are acts which are indictable under provisions of the U.S. Code enumerated in 18 U.S.C. $ 1961(I)(B), as more specifically alleged below. Defendants each committed at least two such acts or else aided and abetted such acts.

**167** The acts of racketeering were not isolated, but rather the acts of Defendants were related in that they had the same or similar purpose and result, participants, victims and method of commission. Further, the acts of racketeering by Defendants have been continuous. There was repeated conduct during a period of time beginning in approximately 2017 and continuing to the present, and there is a continued threat of repetition of such conduct.

**168** The association-in-fact enterprise and the alternative enterprises, as alleged herein, were not limited to the predicate acts and extended beyond the racketeering activity. Rather, they existed separate and apart from the pattern of racketeering activity for the Constitutional Violation.

**169** Plaintiff specifically alleges that Defendants participated in the operation and management of the association-in-fact enterprise and the alternative enterprises by overseeing and coordinating the commission of m~~ltiple acts of racketeering as described below.

## Predicate Act: Use of Mails and Wires to Defraud Violation of 18 U.S.C.  1341 and 1343 .

**170**  Defendants committed acts constituting indictable offenses under 18 U.S.C.  1341 and 1343 in that they devised or intended to devise a scheme or artifice to defraud the Plaintifff  of her property by means of false or fraudulent pretenses, fraud and extortion. For the purpose of executing their scheme or artifice, Defendants caused delivery of various documents and things by the US. mails or by private

or commercial interstate carriers, there from. Defendants also transmitted or caused to be transmitted by means of wire communications in interstate DI- foreign commerce various writings, signs and signals. The acts of Defendants set forth above were Complaint done with knowledge that the use of the mails or wires would follow in the ordinary course of business. or that such use could have been foreseen, even if not actually intended. These acts were done intentionally and knowingly with the specific intent to advance Defendants' scheme or artifice.

**171** Defendants carried out their scheme and doing so they used the U.S. mails or private or commercial interstate carriers or interstate wires. In furtherance of their scheme alleged herein, All RICO Defendant's communicated among themselves of the scheme to defraud Plaintiff. These communications were typically transmitted by wire (i.e., electronically) and/or through the United States mails or private or commercial carriers. Defendants also transmitted or caused to be transmitted by mail or wire

**172** Specifically, The RICO Defendants used wire and/or U.S. mail or private or State Marshall to extend for the purpose of continuing their fraudulent scheme. The RICO Defendants had the State Marshall Serve the Plaintiff at her dwell with notification that she was the tenant and ownership of her property had been transferr August 24, 2018. The Defendant's use the wire and/ or U.S. Mail and emails to issue fraudulent orders, fraudulent judgements, altered and tampered record, returned pleadings Motions and Objections.

**173** At all times the defendants intentionally, knowingly and willfully used the U.S. mails or private or commercial interstate carriers or interstate wires email.

**174** At all times the defendant knowingly that this will caused the plaintiff severe damages as a direct and proximate

**175** All defendants intentional and willfully engaged in the theft ring of the plaintiff's property, knowingly of their action constituted wrong doing.

**176** All defendants intentional and willfully engaged in the theft ring of the plaintiff's property, knowingly of their action constituted wrong doing.

## Predicate Act  18 U. S.C. Code 1951 Interference with commerce by threats or violence

**177**  Predicate Act: The RICO Defendant's committed acts constituting indicigtalbe offenses under 18 USC 1951 (b) (2) in that they devised or intended to devise a scheme or artifice and defraud scheme by means of fals or fraudulent pretenses, representation or promise. For the purpose of executing a scheme. They use there position and status as state actor acting under color of offical right to denied Miss Billie of guaranteed rights under Constitution in a scheme obtain her property, including but not limited, to denying right to be heard, denying the right to evidence, right to cross exaamine evidenc, no access to the court, and issuing fraudulent judgments orders, altering record, to facilitate the scheme. They force the Defendan't enter and unlawful contract to obtain her property. The acts of Defendants set forth above were done willfully and with knowledge that the of by fraud. These acts were done intentionally and knowingly with the specific intent to advance Defendants' scheme or artifice.

**178**   As part of their scheme as alleged herein , Defendant's also facilated payments of bribes to one another in order to secure the scheme against the plaintiff's.

**179**   At all times the defendants intentionally, knowingly and willfully used the U.S. mails or private or commercial interstate carriers or interstate wires email.

**180**   At all times the defendant knowingly that this will caused the plaintiff severe damages as a direct and proximate

**181**   All defendants intentional and willfully engaged in the theft ring of the plaintiff's property, knowingly of their action constituted wrong doing.

**Predicate Act Bribry 18 USC 201 (a) (1) (3) ,(b) (1 (C)(3)**

**182  Predicate Act Bribry Defendant's committed act consitution indictable offenses under 18 USC 201** (a) (1) (3) ,(b) (1 (C)(3), acting in a "public official" means has qualified, or an officer or employee or person acting for or on behalf of the United States, or any department, agency or branch of Government thereof, including the District of Columbia, in any official function, under or by authority of any such department, again in scheme to defraud of my property by use of there offical. The public officals acted directly or indirectly in corruption as state actors, public offices and public employees to commit or aid in commiting, or collude in fraud made opporunity for the commission of fraud. The acts of Defendants set forth above were done willfully and with knowledge of by fraud. These acts were done intentionally and knowingly with the specific intent to scheme Miss Billie from her property and retaliatory against the law ful lien filed against parties listed herein.

**183**    As part of their scheme as alleged herin , Defendant's also facilated payments of bribes to one another in order to secure the scheme against the plaintiff's.

**184**  At all times the defendants intentionally, knowingly and willfully used of status as "public offical for scheme and fraud is wrondoing

**185** At all times the defendant knowingly that this will caused the plaintiff severe damages as a direct and proximate

**185** All defendants intentional and willfully engaged in the theft ring of the plaintiff's property, knowingly of their action constituted wrong doing.

**187**  Continuity of Conduct. Defendants' violations of state and federal law as set forth herein. each of which directly and proximately injured Plaintiff and other market participants, constituted a continuous course of conduct spanning a period from approximately 2017 to present, which was intended to obtain

money through false representations, fraud, deceit, and other improper and unlawful means. Therefore, said violations were a part of a pattern of racketeering activity under 18 U.S.C. 1961(l) and (5).

**188** Upon information and belief, Defendants have conducted and/or participated, directly/or indirectly, in the conduct of the affairs of the alleged enterprises through a pattern of racketeering activity as defined herein in violation of 18 U.S.C. 1962(c).

**189** The unlawful actions of Defendants, and each of them, have directly, illegally, and proximately caused and continue to cause injuries to Plaintiff in its business. Plaintiff seeks an award damages in compensation.

**190** Plaintiff accordingly seeks an award of three times the damages it sustained, and the recovery of reasonable attorneys' fees and costs of investigation and litigation, as well as any other relief as authorized by statute.

## SECOND CLAIM
### (Federal Civil RICO. 18 U.S.C.  1962(c))

**191** Plaintiffs incorporate by reference all the preceding paragraphs of this Complaint as if fully set forth herein.

**192** Each Defendant is a "person" capable of holding legal or beneficial interest in property within the meaning of 18 U.S.C. $ 1961(3)

**193** Each Defendant's is a "enterprise" includes any individual, partnership, corporation, associates, or other legal entity, and any union or group of individuals associated in fact althoug not legal entity 18 USC 1961 (3) (10)

**194**  Each Defendant violated 18 U.S.C. $ 1962(c) by the acts described in the prior paragraphs, and as further described below.

**195**  The Enterprise: The RICO Defendant's is an enterprise engaged in foreign commerce within the meaning of 18 U.S.C. S 1961(3) and as a government-controlled company, and legitimate business separate and apart from the pattern of racketeering. Defendants, through their continuing pattern of racketeering activity set forth herein, infiltrated the agency, associated with it and managed it for their own illegal purposes.

**196**  Pattern of Racketeering Activity. Defendants, each of whom are persons associated with, or employed and did knowingly, willfully and unlawfully conduct or participate, directly or indirectly, in its affairs through a pattern of racketeering activity with the meaning of 18 U.S.C. S 1961(1), 1961(5), and 1962(c). The racketeering activity was made possible by Defendants' regular and repeated use of personnel, facilities and services. Defendants had the specific intent to engage in the substantive RICO violation alleged herein.

**197**  Predicate acts of racketeering activity are acts which are indictable under provisions of the U.S. Code enumerated in 18 U.S.C. 5 1961(1)(B), as more specifically alleged below. Defendants each committed at least two such acts or else aided and abetted such acts.

**198**  The acts of racketeering were not isolated, but rather the acts of Defendants were related in that they had the same or similar purpose and result, participants, victims and method of commission. Further, the acts of racketeering by Defendants have been continuous. There was repeated conduct during a period of time beginning in approximately 2017 and continuing to present, and there is a continued threat of repetition of such conduct.

**199**  Plaintiff has been injured and continues to be injured in its business and property by Defendants' conspiracy in violation of 18 U.S.C. $ 1962(d). The unlawful actions of Defendants, and each of them, have directly, illegally, and proximately caused and continue to cause injuries to Plaintif in its business or property.

**200**  At various times and places partially identified in Plaintiff's *documentary material*, all Defendants did acquire and/or maintain, directly or indirectly, an interest in or control of a RICO

73

*enterprise* of individuals who were associated in fact and who did engage in, and whose activities did affect, interstate and foreign commerce, all in violation of 18 U.S.C. §§ 1961 (3),(4), (5), (6) (B), (9) and 1962(b), (c).

**201** During the three (5) calendar year preceding December 2017, all Defendants did jointly and severally in commission the of two (2) or more of the RICO predicate acts that are itemized above in a manner which they calculated and premeditated intentional to threaten of their racketeering activities, RICO laws at 18 U.S.C. §§ 1961(1)(A) and (6) (B), and did so in violation of the RICO law 18 USC 1962 (b) (c) (Prohibited activities). Respond-eat Superior

**202** That this court liberally construe the RICO laws and thereby find that all defendants, both jointly and severally, have acquired and matained, both directly and indirectly, an interest in and/ or control of a RICO enterprise of person and of other individuals who were associated in fact, all of whom engaged in and whose activities did affect, interstate and foreign commerce sin violations of 18 U.S.C 1962(b), (c) prohibited activities.

**203** That all defendants and all judes, agents, attorney's, employees, servants and all othe persons in active concert or in participation with them, be enjoined temporarily during pendency of this action, and permanently thereafter, after from conducting or participating, either directly or indirectly, in the conduct of affairs or any RICO enterprise through a pattern of racketeering activity in violation of the RICO laws at 18 U.S.C 1961 (5) and 1962 (c).

**204** That all defendants be required to account for all their several acts of racketeering violation of 18 U.S.C 1962 (c) and from all other violation (s) of applicable State and Federal Laws.

**205** That all defendants pay to the plaintiff treble (triple) damges, under authority of 18 U.S.C 1964 (c).

Third **CLAIM**

( **Federal Civil RICO, 18 U.S.C. 1962(d)**

**206** Plaintiff now re-alleges each and every allegation as set forth above, and hereby incorporates same by reference, as if all were set forth fully herein (2) or more of the offenses itemized above in a manner

which they calculated and premeditated intentionally continuing threats of their respective *racketeering activities*, also in violation of the RICO law at <u>18 U.S.C. 1962</u>(b).

**207** In violation of 18 U.S.C. 1962(d),  All  RICO Defendants and each of them, knowingly, willfully, and unlawfully conspired to facilitate a scheme which included the operation or management of a RICO enterprise through a pattern of -acketeering activity as alleged in paragraphs  above

**208** The conspiracy commenced at least as early as 2017 and is onoging.

**209** The conspiracy purpose was for mortgage fraud and a retaliatory attack against Miss Billie due to lawful liens filed by the RICO defendant's to their own benefit and to facilitate profit and gain for each RICO Defendant's

**210** Even if some of the Defendants did not agree to harm Plaintiff specifically, the purpose of the acts they engaged in was to advance the overall object of the conspiracy, and the harm to Plaintiff was a reasonably foreseeable consequence of Defendants' actions.

**211** Plaintiff has been injured and continues to be injured in its  property by Defendants' conspiracy in violation of 18 U.S.C. $ 1962(d). The unlawful actions of Defendants, and each of them, have directly, illegally, and proximately caused and continue to cause injuries to Plaintiff.

**212** At various times and places partially identified in Plaintiff's *documentary material*, all Defendants did acquire and/or maintain, directly or indirectly, an interest in or control of a RICO *enterprise* of individuals who were associated in fact and who did engage in, and whose activities did affect, interstate and foreign commerce, all in violation of 18 U.S.C. §§ <u>1961 (3),</u>(4), (5), (6) (B), (9) and <u>1962</u>(b), (c ).                                **74**

**214**   During the three (5) calendar year preceding December 2017, all Defendants did jointly and severally in commission the cf two (2) or more of the RICO predicate acts that are itemized above in a manner which they calculated and premeditated intentional to threaten of their racketeering activities, RICO laws at 18 U.S.C. §§ 1961(1)(A) and (6) (B), and did so in violation of the RICO law 18 USC 1962 (b) (c)  (Prohibited activities).  Respond-eat Superior

**215** That this court liberally construe the RICO laws and thereby find that all defendants, both jointly and severally, have acquired and matained, both directly and indirectly, an interest  in and/ or control of a RICO enterprise of person and of other individuals who were associated in fact, all of whom engaged in and whose activities did affect, interstate and foreign commerce sin violations of 18 U.S.C 1962(b), (c ) prohibited activities.

**216** That all RICO defendant's and all judges, agent government employees, and all other persons in active concert or in participation with them, be enjoined temporarily during pendency of this action and permanently thereafter, from committing any more  predicates acts in futherance of the RICO enterprise alleged herein

**217**  As a result of the defendants' conduct plaintiff has suffered damages

# FOURTH CLAIM

## (Fraud)

**218**  Plaintiff incorporates by reference all the preceding paragraphs of this Complaint as if fully set forth herein.

**219**   All RICO Defendant's, upon information and belief, knowingly and intentionally misled Plaintiff by failing to disclose that bribes were paid to one or another to further the schemc to comittcd fraud.

**220**   Defendants intentionally concealed the bribes from Plaintiff because they intended to mislead Plaintiff by acting under the color of law with the intent to sell her property. Defendants, through their concealment of the bribes, further to continue the defraud Miss Billie of  property The RICO Defendant's fraudulent acts include those set forth in paragraphs.

**221**  Defendants' RICO Defendant's used there status in postion under the color of law to illegal sezied the plaintiff property.  At all times the Plaintiff relied upon the honest services of its officials and those of the Government  and uphold there public trust.

**222** Plaintiff justifiably relied upon Defendants' intentional concealment of the bribes of the fraud  in that continued the public officials. including one or more such individuals who had received bribes.

**223** Defendants conduct was willful, wanton, malicious, and oppressive.

**224**  Defendants' unlawful conduct has directly, legally, and proximately caused and continues to cause injuries to Plaintiff in its property. This injury includes Plaintiff and the illegal seziure of property.

**225** Accordingly, Plaintiff seeks an award of damages in compensation for, among other things,

### FIFTH CLAIM

### (Civil Conspiracy to Defraud)

**226**  Plaintiff incorporates by reference all the preceding paragraphs of this Complaint as if fully set forth herein.

**227** Defendants, and each of them, combined and agreed with each other andlor others to defraud Plaintiff by concement of documents, altering court record, denying the right to be heard, issues fraudulent judgments, and orders to defraud the plaintiff of her property and retaliatory attacked due lawful liens filed against the plaintiff  as alleged in paragraphs above.

**228** The conspiracy commenced at least as early as 2017.

**229** Pursuant to their agreement(s). Defendants, and each of them, acted in concert to support their common purpose of defrauding Plaintiff  in order get her property. Each Defendant committed at least one overt act in furtherance of such conspiracy including misleading, and concealing and facilitating the payment of bribes to one another for ther fraudulent conduct.

**230**  Each Defendant acted with the common intent to defraud Plaintiff and understood that all other

Defendants shared in that common purpose.

**231** Defendants conduct was willful, wanton, malicious, and oppressive.

**232** Defendants' unlawful conspiracy has directly, legally, and proximately caused and continues to cause injuries to Plaintiff in its business and property. Plaintiff seeks an award of damages for, among as a result of Defendants' conduct. Further, Plaintiff seeks the imposition of punitive damages against Defendants from committing such unlawful conduct in the future.

## SIX CLAIM

## FIRST AMENDMENT'S RIGHTS

**233** Plaintiff re-alleges and incorporates by reference the allegations set forth in all paragraphs  above.

**234** The RICO Defendants and in concert with others have retaliated against Miss Billie due  lawful liens filed against them and mortgage fraud. So the RICO Defendant's denied Miss Billie access to the court, the right to petition to court, or opportunity be heard, together in concert with other collectively block Miss Billie from court until a final Judgment was entered to illegal confiscate Miss Billie property. Defendants' actions constitute a pattern or practice of conduct.

**235** At all times The RICO Defendant conspire with other with the scheme to  violated my Billie rights under the First Amendment. They used there offical postion to carry out the violation.

**236** Defendants intentionally silent Miss Billie her first amendment's right an opportunity to be heard. Plaintiff by acting under the color of law with the intent to sell her property. The RICO Defendant's fraudulent acts include those set forth in  all the paragraphs above.

**237**Defendants' RICO Defendant's used there status in postion under the color of  to denied Miss Bilie her right to speech and readdress the court. At all times the Plaintiff relied upon the honest services of these officials and those of the Government and uphold there public trust.

**238** Each Defendant acted with the common intent to defraud Plaintiff and understood that all other Defendants shared in that common purpose.

**239** Defendants conduct was willful, wanton, malicious, and oppressive.

**240** Defendants' unlawful conspiracy has directly, legally, and proximately caused and continues to cause injuries to Plaintiff in its business and property. Plaintiff seeks an award of damages for, among as a result of Defendants' conduct. Further, Plaintiff seeks the imposition of punitive damages against Defendants from committing such unlawful conduct in the future

### SEVEN CLAIM

### FIFTH AMENDMENT'S RIGHTS

**241** Plaintiff re-alleges and incorporates by reference the allegations set forth in all paragraphs above.

**242** The RICO Defendants and in concert with others have retaliated against Miss Billie due lawful liens filed against them and mortgage fraud. So the RICO Defendant's denied Miss Billie the righ to Due process, noone shall  be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation. The RICO  completly denied access to the court repeatly to carry out the scheme to illegal confiscate my property. The Plaintiff  was denied due process in violation of the FIFITH Amendment's as seth forth all the paragraphs above.

**243** At all times The RICO Defendant conspire with other with the scheme to  violated my Billie rights under the Fifth Amendment. They used there offical postion to carry out the violation.

**244** Defendants intentionally silent Miss Billie first amendment's right an opportunity to be heard. Plaintiff by acting under the color of law with the intent to sell her property. The RICO Defendant's acts include those set forth in  all the paragraphs above.

**245** Defendants' RICO Defendant's used there status in postion under the color of  to denied Miss Bilie her right to speech and readdress the court. At all times the Plaintiff relied upon the honest services of these officials and those of the Government and uphold there public trust.

**246** Each Defendant acted with the common intent to defraud Plaintiff and understood that all other Defendants shared in that common purpose.

**247** Defendants conduct was willful, wanton, malicious, and oppressive.

**248** Defendants' unlawful conspiracy has directly, legally, and proximately caused and continues to cause injuries to Plaintiff in its business and property. Plaintiff seeks an award of damages for, among as a result of Defendants' conduct. Further, Plaintiff's seeks the imposition of punitive damages against Defendants from committing such unlawful conduct in the future.


## EIGHT CLAIM FOURTH

## AMENDMENT'S RIGHTS

**249** Plaintiff re-alleges and incorporates by reference the allegations set forth in all paragraphs above.

**250** The RICO Defendants and in concert with others violated  Miss Billie Fourth Amendment rights. So the RICO defendant's illegal seized my property without due process or  lawful contract, without probable cause supported by Oath or ffirmation, or valid evidence nor jurisdiction proven or record. The RICO repeatly to carry out all fraudulent scheme to illegal confiscate my property. The Plaintiff was property was illegal confiscated in violation of the Fourth Amendment's as seth forth all the paragraphs above.

**251** At all times The RICO Defendant conspire with other with the scheme to violated secured Rights. They used there offical postion to carry out the violation.

**252** Defendants intentionally silent Miss Billie Fourth amendment's right to take away her property Plaintiff by acting under the color of law with the intent to sell her property. The RICO Defendant's acts include those set forth in  all the paragraphs above.

**253** Defendants' RICO Defendant's used there status in postion under the color of to denied Miss Bilie her right to speech and readdress the court. At all times the Plaintiff relied upon the honest services of these officials and those of the Government and uphold there public trust.

**254** Each Defendant acted with the common intent to defraud Plaintiff and understood that all other Defendants shared in that common purpose.

**255** Defendants conduct was willful, wanton, malicious, and oppressive.

**256** Defendants' unlawful conspiracy has directly, legally, and proximately caused and continues to cause injuries to Plaintiff in its business and property. Plaintiff seeks an award of damages for, among as a result of Defendants' conduct. Further, Plaintiff seeks the imposition of punitive damages against Defendants from committing such unlawful conduct in the future

### RELIEF SOUGHT

**257** Wherefore, Plaintiff now re-alleges each and every allegation as set forth above, and hereby incorporates same by reference, as if all were set forth fully herein. The plaintiff request relief from continuing racketeering and extortion activities. The prohibited acts of RICO and Hobbs, under intervention provided in 28 USC 1367, that the court can give. The plaintiff asserted that the all defendants intentionally, willfully, and knowingly conspired in conspiracy/ collusion in violation of the plaintiff's Citizen Rights under the United State Constitution Bill of Rights Amendments I, IV, V, XII, XIII, XIV, and Article of the Constitution III IV, V,VI, VII. Fraud by Commission, Breach of Contact

**258** Any damages, plus interest, that may be payable and due, to the Court itself, in compensation for whatever relief the Court itself may have accorded the Plaintiffs; Since the Plaintiffs' inability to defend themselves otherwise is a direct consequence of the Plaintiffs' destitution, which is caused by the unabated insistence on a clear pattern of racketeering activity engaged in within the "enterprise". All Petitioner' Costs in this litigation, and as well, just compensation for the destructive and onerous work and effort that has been forced, under duress and extortion, upon Plaintiffs by Defendants' actions.  Plaintiffs request special consideration from the court in a determination of attorneys' fees, by

the court, in recognition of the work done, and cost of necessary tools required to act as attorneys, Pro Se.

**259** Awarding compensatory, consequential, exemplary damages in favor of the plaintiff against all defendants for the damages sustained as a result of wrongful conduct alleged  and as will be established through discovery and /or at trial, together with interest thereon.

**260**  Award punitive damages to plaintiff against all of the defendant's for the wrongful conduct alleged  herein. Granting declaratory and/or injunction relief as appropriate,  Imposing a constructive trust as appropriated.

**261** The plaintiff asserted that all defendants should pay triple  multiplier(3x) times in damages for their actions were premeditated, intentionally willfully, and knowingly.

**262 WHEREFORE,** plaintiff respectfully requests judgments of the court against all of the defendants awarding to plaintiff (i) damages in excess of $200,000.00 for each defendant; (ii) pre- and post-judgment interest; (iii) costs, including reasonable attorney fees, for this action; (iv) injunctive relief enjoining all defendants from continuing the intentional infliction of emotional distress; and (v) any other relief deemed just and equitable by the court.

### 263 PLAINTIFF ASSERT REGARDING RULE 11, FRCP
 Further extent evidence and argumentation, elucidating the pattern of racketeering activity, and information which will be acquired in the process of discovery, will establish the necessary preponderance of evidence as is required by the Court in accordance with the Federal Rules of Civil Procedure.

**264**   In particular, with regard to Rule 11 of FRCP, Plaintiffs that all statements and allegations are true upon information,belief, and reasonable investigation, and further that this action is not brought with any purpose to harass or defame Defendants. The law was violated by the defendants herein intentionally, willfully and knowingly.

### 265  Demand for judgment and trial by jury
On the basis of all the foregoing, Plaintiffs demand judgment in relief, in trial by jury on all issues.

## LIST OF EXHIBIT

**266**     Pursuant to 18 U.S.C. 1961 (9), Plaintiff now formally incorporates his documentary material by reference to all of the following Exhibits, as set forth "A" thru "F" with Cover Sheets.

## VERIFICATION

**267**     Pursuant to Title 28, USC §1746(1) and executed "without the United States," I affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, to the best of my belief and informed knowledge. And Further deponent saith not. I now affix my signature and official seal to all of the above affirmations WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-207 and  1-1308 U.C.C. 1-103.6.with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, to any of those rights pursuant to U.C.C. 1-207 and U.C.C. 1-103.6.

Affidavit pursuant to 28 U.S.C. § 1746; also **Dickerson v. Wainwright**, 626 F.2d 1184 (1980), Affidavit sworn as true and correct under penalty of perjury and has full force of law and does not have to be verified by Notary Public.

Signed _____ sui juris, This Affidavit is dated _4/11/2022_

Date : April  11, 2022 Respectfully Submitted

Petura Billie

By_____

Petura Billie
50 Wakefield Circle
East Hartford, Ct 06118
peturab@yahoo.com
(860) 328-9745